# EXHIBIT A

No. 11-cv-02034 (RMC)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>　　　　Plaintiff,<br>　v.<br><br>UPONOR AB<br>　　　　Defendant. | Civil Action No. 11-cv-02034<br><br>Honorable Judge Rosemary M. Collyer |

## [PROPOSED] ORDER

Upon Consideration of Defendant/Counter-Plaintiff/Third Party Plaintiff Uponor AB's ("UAB") Motion to Stay this matter pending resolution of parallel litigation in Canada, it is hereby ORDERED that:

1. UAB's Motion to Stay is GRANTED.

2. UAB is instructed to inform the Court of the resolution of the Canadian action within seven (7) days of its resolution.

SO ORDERED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Rosemary M. Collyer
　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　Dated: _____