# EXHIBIT D

No. 11-cv-02034 (RMC)

# PexCor Manufacturing Company Inc.



*products for the plumbing & hydronic industry*

3615 - 32 Street NE  
Calgary, Alberta, Canada  
T1Y 5Y9  

Phone: (403) 717-3820  
Fax: (403) 250-3301  

Panel Shop relocating to:  
4603F - 13 Street NE  
Calgary, Alberta, Canada  
T2E 6M3  

Phone: (403) 250-9151  
Fax: (403) 250-8778  

## PexCor Company Profile

*An Investment in Research and the Latest Technology*

Established in June 2000, PexCor's goal is to meet the demands of growing markets for high quality and affordable Pex pipe in North America. By investing in research and new technology PexCor is in position to deliver PEX pipe (cross-linked polyethylene) to North America as a replacement to discontinued polybutylene tubing. The strategy also involves new developments in the uses of polyethylene for tubing, and research and analysis over long periods of time at higher temperatures and pressures. Data will be analyzed by various international agencies including CSA, NSF and ITS, to name a few.

Copyright ©2001 PexCor Manufacturing Company Inc.