# EXHIBIT E

No. 11-cv-02034 (RMC)

