# EXHIBIT F

No. 11-cv-02034 (RMC)



montréal · ottawa · toronto · hamilton · waterloo region · calgary · vancouver · moscow · london

January 18, 2011

**<u>URGENT – TIME LIMITED MATERIAL</u>**

Heather C. Devine
Direct 905-540-3289
Direct Fax 905-523-2529
heather.devine@gowlings.com
File No. h165676

VIA REGISTERED MAIL

HeatLink Group Inc. – Head Office
4603E – 13th Street NE
Calgary, AB, Canada
T2E 6M3

Pexcor Manufacturing Company Inc.
3615 – 32 Street NE
Calgary, Alberta, Canada
T1Y 5Y9

Dear Sir/Madam:

Re:   **<u>Potential Patent Infringement Concerning PEX Pipe</u>**

We represent Uponor AB who own or are entitled to all of the rights and privileges associated with Canadian Patent No. 2,232,376 and U.S. Patent No. 6,106,761. For your convenience, copies are enclosed.

As you can see, the patents describe and claim a process for heating polymer material, including irradiation of said polymer material with infrared radiation. We have advised our client that a patent grants to the owner the exclusive right to make, use, or sell anything which is within the scope of at least one of the claims of the patent or to authorize others to do any of the foregoing. The right extends throughout the jurisdiction of the patent, namely, Canada for the Canadian patent and the United States for the U.S. Patent.

The reason for our letter is that our client has become aware of Pexcor and/or Heatlink and/or persons under their control or direction using the identical and/or similar process to manufacture polymer pipe.

Gowling Lafleur Henderson LLP · Lawyers · Patent and Trade-mark Agents
One Main Street West · Hamilton · Ontario · L8P 4Z5 · Canada  T 905-540-8208  F 905-528-5833  gowlings.com

# gowlings

In view of the foregoing, our client has asked that we bring the following concerns to your attention:

i. There is a possibility that the process used by you or persons under your direction and control to manufacture polymer pipe infringes our client's Canadian and U.S. patents.

ii. Neither Pexcor and/or Heatlink appear to own or enjoy any right to any patents.

We have advised our client that your infringement is actionable under the *Patent Act*, R.S., c. P-4 s.1, as amended. In view of the foregoing, we must insist that you immediately:

i. Cease and desist with any further manufacturing or selling of polymer pipe using the process described in our client's patents or face litigation to achieve this end;

ii. Provide an accounting of profits together with copies of books and records showing sales of the infringing product; and

iii. Deliver up all infringing goods.

Our client has expended considerable resources to develop and maintain its intellectual property rights, and it considers the above issues to be of the most serious nature, requiring immediate resolution.

Should we not receive a reply from you or your counsel by **February 1, 2011** satisfactorily addressing our client's concerns, we have instructions to commence an action in the Federal Court of Canada which will include seeking injunctive relief to enforce our client's rights in an aggressive and fulsome manner.

Yours very truly,

GOWLING LAFLEUR HENDERSON LLP

Heather C. Devine
HCD/ksc