# EXHIBIT G

No. 11-cv-02034 (RMC)

**COURT INDEX AND DOCKET**

---

### RECORDED ENTRY(IES) FOR T-374-11                                                                (Close)

| | |
|---|---|
| **Court Number :** | T-374-11 |
| **Style of Cause :** | PEXCOR MANUFACTURING COMPANY INC. v. UPONOR AB. |
| **Proceeding Category :** | Actions    **Nature :**    Patent Infringement |
| **Type of Action :** | Ordinary |

( 17 records found )

| Doc | Date Filed | Office | Recorded Entry Summary |
|---|---|---|---|
| - | 2012-03-15 | Toronto | Toronto 15-MAR-2012 BEFORE Kevin Aalto, Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: minutes can be found on T-496-11 held by way of Conference Call in chambers Duration per day: 15-MAR-2012 from 09:00 to 09:35 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 35min Appearances: Mr. Jesse 403-298-2441 representing Plaintiff Ms. Devine and Mr. Blonde 905-540-3289 representing Defendant Minutes of Hearing entered in Vol. 859 page(s) 168 - 169 Abstract of Hearing placed on file |
| - | 2012-02-13 | Toronto | Toronto 13-FEB-2012 BEFORE Kevin Aalto, Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: minutes can be found on T-496-11 held by way of Conference Call in chambers Duration per day: 13-FEB-2012 from 02:00 to 02:30 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 30min Appearances: Mr. Jesse 403-298-2441 representing Plaintiff Ms. Devine, Mr Blonde 905-540-3289 representing |

| | | | |
|---|---|---|---|
| | | | Defendant (Uponor) Mr. Stratton, Mr. Mowatt 647-288-9525 representing Defendant (iNOEX) Minutes of Hearing entered in Vol. 857 page(s) 229 - 230 Abstract of Hearing placed on file |
| - | 2012-01-17 | Toronto | Toronto 17-JAN-2012 BEFORE Kevin Aalto, Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: minutes can be found on T-496-11 held in chambers by way of Conference Call Duration per day: 17-JAN-2012 from 09:15 to 09:42 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 24min Appearances: Mr. Jesse 403-298-2441 representing Plaintiff Ms. Devine 905-540-3289 representing Defendant Mr.Stratton 647-288-9539 representing iNOEX Minutes of Hearing entered in Vol. 855 page(s) 350 - 351 Abstract of Hearing placed on file |
| - | 2011-10-31 | Ottawa | Acknowledgment of Receipt received from Mr. Kent Jesse for the Plaintiff with respect to doc. no. 12, by email. placed on file on 31-OCT-2011 |
| 12 | 2011-10-31 | Ottawa | Order dated 31-OCT-2011 rendered by Acting Chief Justice S Noël Matter considered without personal appearance The Court's decision is with regard to Order dated 23-SEP-2011 Result: IT IS ORDERED pursuant to Rule 383 that Prothonotary Kevin Aalto is assigned Case Management Judge in this matter. Filed on 31-OCT-2011 copies sent to parties Transmittal Letters placed on file. entered in J. & O. Book, volume 1139 page(s) 266 - 266 Interlocutory Decision |
| 11 | 2011-10-11 | Calgary | Solicitor's certificate of service on behalf of Kent W. Jesse confirming service of doc 10 upon Respondent by telecopier on 11-OCT-2011 filed on 11-OCT-2011 |
| 10 | 2011-10-11 | Calgary | Motion Record containing the following original document(s): 7 8 9 Number of copies received: 3 on behalf of Plaintiff filed on 11-OCT-2011 |
| 9 | 2011-10-11 | Calgary | Memorandum of fact and law contained within a Motion Record on behalf of Plaintiff filed on 11-OCT-2011 1 judges' copies retained by the local office |
| 8 | 2011-10-11 | Calgary | Affidavit of Jeanie Wong sworn on 11-OCT-2011 contained within a Motion Record on behalf of |

| | | | Plaintiff in support of Motion Doc. No. 7 filed on 11-OCT-2011 |
|---|---|---|---|
| 7 | 2011-10-11 | Calgary | Notice of Motion contained within a Motion Record on behalf of Plaintiff in writing to be dealt with in the Calgary local office for an Order under R.8 FCR extending the time for service of the Statement of Claim past 60 days filed on 11-OCT-2011 |
| 6 | 2011-09-23 | Calgary | Order dated 23-SEP-2011 rendered by Roger Lafrenière, Esq., Prothonotary Matter considered without personal appearance The Court's decision is with regard to Status Review Result: "The action shall continue as a specially managed proceeding. The Plaintiff shall, no later than October 11, 2011, bring a motion in writing, on notice to the Defendant's Canadian counsel, for an extension of time to serve the Amended Statement of Claim. The Plaintiff shall serve a copy of this Order on the Defendant's Canadian counsel and file proof of service by September 30, 2011." Filed on 23-SEP-2011 copies sent to the Plaintiff entered in J. & O. Book, volume 1135 page(s) 130 - 133 Interlocutory Decision |
| 5 | 2011-09-21 | Calgary | Written Representations on behalf of Plaintiff concerning Status Review filed on 21-SEP-2011 |
| - | 2011-09-06 | Ottawa | Acknowledgment of Receipt received from Plaintiff with respect to doc. 4 (fax confirmation) placed on file on 06-SEP-2011 |
| 4 | 2011-09-06 | Ottawa | Notice of Status Review by Gosselin, D. to the parties and their solicitors requiring the Plaintiff to show cause by written submissions why (within 15 days of the date of this notice) this action should not be dismissed for delay. Filed on 06-SEP-2011 cc's sent to parties |
| 3 | 2011-04-28 | Calgary | Affidavit of service of Ziaoting(Katie) Ma sworn on 27-APR-2011 on behalf of Plaintiff confirming service of Doc #2 upon Defendant by courier on 19-APR-2011 filed on 28-APR-2011 |
| 2 | 2011-04-07 | Calgary | Amended Statement of Claim filed on 07-APR-2011 |
| 1 | 2011-03-04 | Calgary | Statement of Claim filed on 04-MAR-2011 Tariff other action - $150.00 |

The last database update occurred on 2012-04-03 11:49

03/04/2012                                RECORDED ENTRY(IES) FOR T-374-11

<u>Top of page</u>