# EXHIBIT H

No. 11-cv-02034 (RMC)

## COURT INDEX AND DOCKET

---

### RECORDED ENTRY(IES) FOR T-496-11                                    (Close)

**Court Number:**           T-496-11

**Style of Cause:**         UPONOR AB v. HEATLINK GROUP INC. ET AL

**Proceeding Category:** Actions    **Nature:**    Patent Infringement

**Type of Action:**         Ordinary

( 47 records found )

| Doc | Date Filed | Office | Recorded Entry Summary |
|---|---|---|---|
| - | 2012-03-15 | Toronto | Toronto 15-MAR-2012 BEFORE Kevin Aalto, Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: a further CMC has been scheduled for 4-APR-2012 starting at 10:00 to discuss Crosslink's position held by way of Conference Call in chambers Duration per day: 15-MAR-2012 from 09:00 to 09:35 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 35min Appearances: Ms. Devine Mr. Blonde 905-450-3289 representing Plaintiff Mr. Jesse 403-298-2441 representing Defendant, Heatlink Mr. Stratton 647-288-9525 representing Defendant, iNOEX Mr. Swanson 403-260-5712 representing Defendant, Crosslink Minutes of Hearing entered in Vol. 859 page(s) 166 - 167 Abstract of Hearing placed on file |
| - | 2012-03-07 | Toronto | Communication to the Court from the Registry dated 07-MAR-2012 re: letter dated 6-MAR-2012 |
| - | 2012-03-07 | Toronto | Letter from Plaintiff dated 06-MAR-2012 requesting a adjournment to the 7-MAR-2012 CMC received on 07-MAR-2012 |
| | | | Toronto 13-FEB-2012 BEFORE Kevin Aalto, |

03/04/2012 | | | | RECORDED ENTRY(IES) FOR T-496-11

| | | | |
|---|---|---|---|
| - | 2012-02-13 | Toronto | Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: the parties agree to scheduling a CMC 7-MAR-2012 starting at 1:30 to discuss scheduling the motion held by way of Conference Call in chambers Duration per day: 15-FEB-2012 from 02:00 to 02:30 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 30min Appearances: Mr. Blonde, Ms. Devine 905-540-8208 representing Plaintiff Mr. Jesse 403-298-2441 representing Defendant (Heatlink) Mr. Stratton, Mr. Mowatt 647-288-9525 representing Defendant (iNOEX) Minutes of Hearing entered in Vol. 857 page(s) 227 - 228 Abstract of Hearing placed on file |
| - | 2012-02-13 | Toronto | Letter from Defendant dated 13-FEB-2012 providing the court with correspondence from Aarne Heino received on 13-FEB-2012 |
| - | 2012-02-13 | Toronto | Letter from Defendant dated 13-FEB-2012 providng the court with an update of the file and some isssues to be discussed in the scheduled CMC received on 13-FEB-2012 |
| - | 2012-01-25 | Toronto | Acknowledgment of Receipt received from all parties with respect to doc. 22 by fax placed on file on 25-JAN-2012 |
| 22 | 2012-01-25 | Toronto | Order dated 25-JAN-2012 rendered by Kevin Aalto, Prothonotary Matter considered without personal appearance The Court's decision is with regard to Letter from Plaintiff dated 23-JAN-2012 re: Confidentiality Order Result: granted Filed on 25-JAN-2012 certified copies sent to parties entered in J. & O. Book, volume 1147 page(s) 35 - 46 Interlocutory Decision |
| - | 2012-01-17 | Toronto | Toronto 17-JAN-2012 BEFORE Kevin Aalto, Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: a further CMC has been scheduled for 13-FEB-2012 starting at 2:00 p.m. for a duration of 30 minutes held in chambers by way of Conference Call Duration per day: 17-JAN-2012 from 09:15 to 09:42 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 24min Appearances: Ms. Devine and Mr. Blond 905-540-3289 representing Plaintiff Mr. Jesse 403- |

03/04/2012  RECORDED ENTRY(IES) FOR T-496-11

| | | | |
|---|---|---|---|
| | | | 298-2441 representing Heatlink Group Mr. Stratton 647-288-9539 representing iNOEX Minutes of Hearing entered in Vol. 855 page(s) 348 - 349 Abstract of Hearing placed on file |
| - | 2012-01-16 | Toronto | Letter from Defendent, iNOEX dated 16-JAN-2012 responding to Plaintiff's letter dated 13-JAN-2012 received on 16-JAN-2012 |
| - | 2012-01-13 | Toronto | Letter from Plaintiff dated 13-JAN-2012 correspondence between the parties received on 13-JAN-2012 |
| - | 2011-11-15 | Toronto | Communication to the Court from the Registry dated 15-NOV-2011 re: letter dated 11-NOV-2011 |
| - | 2011-11-11 | Toronto | Letter from Plaintiff dated 11-NOV-2011 providing the court with a status update and requesting a CMC for January received on 11-NOV-2011 |
| - | 2011-11-02 | Ottawa | Acknowledgment of Receipt received from all parties. with respect to Order (Acting Chief Justice) dated October 31, 2011. placed on file on 02-NOV-2011 |
| 21 | 2011-10-31 | Ottawa | Order dated 31-OCT-2011 rendered by Acting Chief Justice S Noël Matter considered without personal appearance The Court's decision is with regard to Order dated 03-OCT-2011 Result: "IT IS ORDERED pursuant to Rule 393 that Prothonotary Aalto is assigned as Case Management Judge in this matter." Filed on 31-OCT-2011 entered in J. & O. Book, volume 1139 page(s) 254 - 254 Interlocutory Decision |
| - | 2011-10-14 | Toronto | Letter from Plaintiff dated 14-OCT-2011 providing the court with the Motion Record from the Plaintiff in T-374-11 for consideration received on 14-OCT-2011 |
| - | 2011-10-12 | Toronto | Letter from Plaintiff dated 12-OCT-2011 providing the court with the letter from named Defendant Crosslink Findland Oy received on 12-OCT-2011 |
| | | | Toronto 11-OCT-2011 BEFORE Kevin Aalto, Prothonotary Language: E Before the Court: Case Management Conference Result of Hearing: the CMC will reconvene on 7-NOV-2011 at 2:00 to discuss the status of Cross Links as a defendant held in chambers by way of Conference Call Duration per day: 11-OCT-2011 from 11:05 to |

03/04/2012                     RECORDED ENTRY(IES) FOR T-496-11

| | | | |
|---|---|---|---|
| - | 2011-10-11 | Toronto | 11:15 Courtroom : Judge's Chambers - Toronto Court Registrar: Shaun Nelson Total Duration: 10min Appearances: Ms. Devine 905-540-3289 representing Plaintiff Mr. Jesse 403-298-2441 representing Defendant (Heatlink Group) Mr. Mowatt and Mr. Stratton 647-288-9539 representing Defendant (iNOEX) Minutes of Hearing entered in Vol. 850 page(s) 467 - 468 Abstract of Hearing placed on file |
| - | 2011-10-03 | Toronto | Acknowledgment of Receipt received from all parties with respect to doc. 20 placed on file on 03-OCT-2011 |
| 20 | 2011-10-03 | Toronto | Order dated 03-OCT-2011 rendered by Kevin Aalto, Prothonotary Matter considered without personal appearance The Court's decision is with regard to Letter from Plaintiff dated 06-SEP-2011 Result: granted "1. This matter shall proceed as a specially managed proceeding and is referred to the Office of the Chief Justice for the appointment of a Case Management Judge. 2. Within 10 days of the appointment of a case management judge, the parties shall provide mutually convenient dates for a case manaement conference to review the status of the proceeding and establish a timetable for the next steps in the proceeding." Filed on 03-OCT-2011 entered in J. & O. Book, volume 1136 page(s) 272 - 273 Interlocutory Decision |
| - | 2011-09-30 | Toronto | Communication to the Court from the Registry dated 30-SEP-2011 re: Plaintiff's letter dated 8-SEP-2011 requesting case management |
| - | 2011-09-13 | Toronto | Memorandum to file from Toronto (Nadine Hurmal) dated 13-SEP-2011 Received the Statement of Defence from defendant Crosslink Finland Oy on Sept 9, 2011. It is late contrary to R.204(c). Sent an email to aarne.heino@crosslink.fi on Sept 13, 2011 letting them know a motion record is required or a consent R.7 letter can be sought. Waiting for reply. placed on file. |
| - | 2011-09-08 | Toronto | Letter from Plaintiff dated 06-SEP-2011 re: requesting case management received on 08-SEP-2011 |
| - | 2011-09-06 | Toronto | ****** CANCELLED ****** Letter from Plaintiff dated 06-SEP-2011 requesting the file be assigned a case management judge received on 06- |

| | | | | SEP-2011 |
|---|---|---|---|---|
| 19 | 2011-08-05 | Toronto | | Solicitor's certificate of service on behalf of GEOFFREY d. MOWATT confirming service of DOC 18 upon Plaintiff Defendant HEATLINK GROUP, AND PEXCOR MANUFACTURING COMPANY by telecopier on 05-AUG-2011 filed on 05-AUG-2011 |
| 18 | 2011-08-05 | Toronto | | Defence on behalf of inoex gmbh filed on 05-AUG-2011 |
| 17 | 2011-06-17 | Toronto | | Affidavit of service of Elizabeth Ford sworn on 17-JUN-2011 on behalf of Plaintiff confirming service of Doc. 16 upon Defendant by telecopier on 17-JUN-2011 filed on 17-JUN-2011 |
| 16 | 2011-06-17 | Toronto | | Reply on behalf of Plaintiff Filed on 17-JUN-2011 |
| 15 | 2011-06-07 | Toronto | | Affidavit of service of Karie Bell sworn on 06-JUN-2011 on behalf of Plaintiff confirming service of doc. #1 upon the Defendant, CROSSLINK FINLAND OY by personal service on 23-MAY-2011 with Exhibits "A"-"B" filed on 07-JUN-2011 |
| 14 | 2011-06-07 | Toronto | | Solicitor's certificate of service on behalf of Bruce Stratton confirming service of doc 13 upon Plaintiff Defendants (Heatlink Group Inc, Pexcor Company) by telecopier on 07-JUN-2011 filed on 07-JUN-2011 |
| 13 | 2011-06-07 | Toronto | | Defence on behalf of Inoex LLC filed on 07-JUN-2011 |
| 12 | 2011-05-20 | Toronto | | Order dated 20-MAY-2011 rendered by Martha Milczynski, Prothonotary Matter considered without personal appearance The Court's decision is with regard to Motion in writing Doc. No. 7 Result: granted "Plaintiff shall have until November 23, 2011 to serve their Statement of Claim upon CROSSLINK FINLAND OY AND INOEX GMBH." (outside Canada) Filed on 20-MAY-2011 certified copies sent to parties Transmittal Letters placed on file. entered in J. & O. Book, volume 1124 page(s) 190 - 191 Interlocutory Decision |
| -- | 2011-05-20 | Toronto | | Acknowledgment of Receipt received from all three parties with respect to Rule 369 Order dated May 20, 2011 (Milczynski, P.) - by fax placed on file on 20-MAY-2011 |

03/04/2012                           RECORDED ENTRY(IES) FOR T-496-11

| | Date | Location | Description |
|---|---|---|---|
| - | 2011-05-19 | Toronto | Communication to the Court from the Registry dated 19-MAY-2011 re: Rule 369 motion DOC # 7 sent for disposition - Tor. Prothonotary |
| 11 | 2011-05-18 | Toronto | Consent on behalf of Plaintiff Defendants(iNOEX, iNOEX LLC, Hearlink and Pexcor) to Extension of Time under rule 7 to file statement of defence of iNOEX LLC filed on 18-MAY-2011 |
| - | 2011-05-17 | Toronto | Covering letter from Plaintiff dated 17-MAY-2011 concerning Doc. No. 10 placed on file on 17-MAY-2011 |
| - | 2011-05-17 | Toronto | Book of Authorities consisting of 1 volume(s) on behalf of Plaintiff received on 17-MAY-2011 |
| 10 | 2011-05-17 | Toronto | Motion Record containing the following original document(s): 7 8 9 Number of copies received: 3 on behalf of Plaintiff filed on 17-MAY-2011 |
| 9 | 2011-05-17 | Toronto | Written Representations contained within a Motion Record on behalf of Plaintiff concerning Motion in writing Doc. No. 7 filed on 17-MAY-2011 |
| 8 | 2011-05-17 | Toronto | Affidavit of Karie Bell sworn on 16-MAY-2011 contained within a Motion Record on behalf of Plaintiff in support of Motion Doc. No. 7 with Exhibits A-G filed on 17-MAY-2011 |
| 7 | 2011-05-17 | Toronto | Notice of Motion made ex parte contained within a Motion Record on behalf of Plaintiff in writing to be dealt with in the Toronto local office for an extension of time to file the proof of service of the Statement of Claim filed on 17-MAY-2011 Draft Order\\Judgment received. |
| 6 | 2011-05-05 | Toronto | Affidavit of service of Elizabeth Ford sworn on 04-MAY-2011 on behalf of Plaintiff confirming service of doc 1 upon INOEX LLC by process server on 08-APR-2011 with Exhibits A B filed on 05-MAY-2011 |
| 5 | 2011-05-02 | Calgary | Affidavit of service of Xiaoting (Katie) Ma sworn on 02-MAY-2011 on behalf of Defendants confirming service of doc 4 upon Plaintiff by telecopier on 02-MAY-2011 filed on 02-MAY-2011 |
| 4 | 2011-05-02 | Calgary | Defence filed on 02-MAY-2011 |
| 3 | 2011-04-28 | Toronto | Affidavit of service of Clifford S. Neil sworn on 04-APR-2011 on behalf of Plaintiff confirming service of doc 1 upon Pexcor Manufacturing Company Inc. by personal service on 01-APR-2011 filed on 28- |

03/04/2012                                RECORDED ENTRY(IES) FOR T-496-11

| | | | |
|---|---|---|---|
| | | | APR-2011 |
| 2 | 2011-04-28 | Toronto | Affidavit of service of Clifford S. Neil sworn on 04-APR-2011 on behalf of Plaintiff confirming service of doc 1 upon Heatlink Group Inc. by personal service on 01-APR-2011 filed on 28-APR-2011 |
| 1 | 2011-03-24 | Toronto | Statement of Claim and 2 copies filed on 24-MAR-2011 Tariff other action - $150.00 |

The last database update occurred on 2012-04-03 11:49

Top of page