# EXHIBIT L

No. 11-cv-02034 (RMC)



montréal · ottawa · toronto · hamilton · waterloo region · calgary · vancouver · moscow · london

September 6, 2011

Via Facsimile & E-mail

**Heather C. Devine**
Direct 905-540-3289
Direct Fax 905-523-2529
heather.devine@gowlings.com
File No. H1635676

Federal Court
180 Queen Street East
Toronto, Ontario
M5V 3L6

Dear Sir/Madam:

Re: **Uponor AB v. Heatlink Group Inc. et al**
    **Court File: T-496-11**

We are legal counsel for the Plaintiff in the above noted matter. On March 24, 2011, a statement of claim was issued by the Federal Court.

A Statement of Defence from Pexcor and Heatlink was served upon Plaintiff's Counsel on May 2, 2011, a Statement of Defence from iNOEX LLC was served upon Plaintiff's Counsel June 7, 2011, and a Statement of Defence from iNOEX GbmH was served upon Plaintiff's Counsel August 8, 2011.

Crosslink Finland Oy has not filed a Defence and we are in the process of finalizing a motion for Default Judgment.

In accordance with the Notice to the Parties and the Profession dated May 1, 2009, Counsel for the Plaintiff respectfully requests that the foregoing action be case managed and a trial date be set within two (2) years of the commencement of the proceeding.

Counsel for the parties are available for a teleconference to discuss the foregoing as follows or as the Court may direct:

   **October 3, 4, 5, 6 and 7, 2011**

We also respectfully request that the requirement for a motion for case management be disposed of by letter under Rule 55 of the *Federal Court Rules* and the Notice to the Parties and the Profession dated May 1, 2009.

HAM_LAW\328358\1
Gowling Lafleur Henderson LLP · Lawyers · Patent and Trade-mark Agents
One Main Street West · Hamilton · Ontario · L8P 4Z5 · Canada T 905-540-8208 F 905-528-5833 gowlings.com

# gowlings

We look forward to hearing from you.

Sincerely,

GOWLING LAFLEUR HENDERSON LLP

*for* Heather C. Devine

HCD:ef

cc: Kent W. Jesse
John Vanek
John Schleiter
client

P. 1

\* \* \* Communication Result Report ( Sep. 8. 2011 10:51AM ) \* \* \*

Fax Header)   GOWLINGS

Date/Time: Sep. 8. 2011 10:48AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5681 | Memory TX | ##52414169716638 | P. 4 | OK | |
| | | ##52414032620007 | | OK | |

Reason for error
E. 1) Hang up or line fail    E. 2) Busy
E. 3) No answer              E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

# gowlings

montreal · ottawa · toronto · hamilton · waterloo region · calgary · vancouver · moscow · london

## Facsimile

Heather C. Devine
Direct 905-540-3288
Direct Fax 905-523-2929
heather.devine@gowlings.com

To: Bruce W. Stratton
Company: Dimock Stratton
Fax Number: 1-416-971-6638
City/Country: Toronto, ON
Phone Number:

To: Kent Jesse
Company: Miller Thomson
Fax Number: 1-403-262-0007
City/Country: Calgary, AB
Phone Number:

Date: September 8, 2011
Re: Uponor AB v. Heatlink Group Inc. et al
Court File No.: T-496-11
Total Pages: 1+ (including cover)
File Number: H165676
Copy/Trak #:

If there is a problem with transmission or all pages are not received, please call for retransmission.

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call us collect), and return the original to us by postal service at the address noted above. Thank you.

Gowling Lafleur Henderson LLP · Lawyers · Patent and Trade-mark Agents
One Main Street West · Hamilton · Ontario · L8P 4Z5 · Canada T 905-540-8208 F 905-528-5833 gowlings.com
HAM_LAW\ 3153460