# GROUP EXHIBIT 1

No. 11-cv-02034 (RMC)



MILLER THOMSON LLP
MILLERTHOMSON.COM

700 9TH AVENUE SOUTHWEST, SUITE 3000
CALGARY, AB · T2P 3V4 · CANADA

T 403.298.2400
F 403.262.0007

January 26, 2011

**Private and Confidential**

Gowlings Lafleur Henderson LLP
One Main Street West
Hamilton, Ontario  L8P 4Z5

Attention:  Heather C. Devine

Dear Heather:

Coby A.B. Schneider, LL.M.
Direct Line: 403.298.2406
Direct Fax: 403.262.0007
cschneider@millerthomson.com

File: 061840.0003

Re:    Potential Patent Infringement Concerning PEX Pipe
       Your File No. h165676

We are counsel for Heatlink Group Inc. and Pexcor Manufacturing Company Inc. and have just received your letter dated January 18, 2011 with respect to the above-noted matter.

We are in the process of reviewing the material you have provided and will be responding to you shortly. We would ask that you please give us consideration in allowing us to properly respond to your letter and ask that you do not commence an action in the Federal Court of Canada until we can properly address your concerns.

We anticipated being able to respect to your concerns by the end of next week.

Yours very truly,

MILLER THOMSON LLP

Per:

Coby A.B. Schneider, LL.M.
CABS/jk

5731577.1



**MILLER THOMSON LLP**
MILLERTHOMSON.COM

700 9TH AVENUE SOUTHWEST, SUITE 3000
CALGARY, AB • T2P 3V4 • CANADA

T 403.298.2400
F 403.262.0007

February 7, 2011

**Private and Confidential**
**Delivered Via Email and Courier**

Gowlings Lafleur Henderson LLP
One Main Street West
Hamilton, Ontario  L8P 4Z5

Attention:  Heather C. Devine

**Coby A.B. Schneider, LL.M.**
Direct Line: 403.298.2406
Direct Fax: 403.262.0007
cschneider@millerthomson.com

File: 061840.0003

**WITHOUT PREJUDICE**

Dear Miss Devine:

Re:    Potential Patent Infringement Concerning PEX Pipe
       Your File No. h165676

Further to the above-noted matter, I have now left a number of voicemails asking you to please canvas your clients allowing us to continue to research the claims made of infringement in your letter of January 18, 2011. We have had to contact US counsel to obtain an opinion from them, although we do not believe that, at this time, we are infringing on your client Uponor AB's patents. However, we would like to ensure that we are not and to be able to provide evidence of same, so we are asking your indulgence in granting us a further two (2) weeks in which to formally respond to your letter of January 18, 2011.

We anticipated being able to respect to your concerns by the end of the business day February 21, 2011.

Best regards,

MILLER THOMSON LLP

Per:

Coby A.B. Schneider, LL.M.
CABS/jk

5776225.1



montréal · ottawa · toronto · hamilton · waterloo region · calgary · vancouver · moscow · london

September 8, 2011

**VIA FACSIMILE 1-403-262-0007**

Kent W. Jesse
Miller Thompson LLP
Calgary Office
700 9th Avenue Southwest, Suite 3000
Calgary, AB
T2P 4V5

**Heather C. Devine**
Direct 905-540-3289
Direct Fax 905-523-2529
heather.devine@gowlings.com
File No. H165676

Dear Mr. Jesse:

**Re:  Uponor ats. Pexcor and Heatlink**
       **Court File No.: T-374-11**

Our client has brought to our attention that you have attempted to serve your client's Statement of Claim in Court File No. T-374-11 by courier which was not courtesy copied to counsel. We are dismayed by this tactic and write to express our concern at the course of litigation conducted on Pexcor's behalf in Canada.

First, Pexcor's action was issued prior to ours, only because your associate pleaded with Gowlings to hold the issuance of Uponor's action in abeyance while she nursed her tragically ill father. This conversation was witnessed and notes were taken of her request and her explanation.

Second, sending Pexcor's action to our client by courier is an improper tactic when our client is located in Sweden, which is a member of the Hague Convention.

Third, in our conversation, you led me to believe Pexcor would not be pursuing its action at this time and that you would provide Counsel with notice as a courtesy should it decide to do so.

If Pexcor intends to serve its action and to have that service recognized in the Federal Court of Canada, our client *must* be served properly in accordance with the Hague Convention.

In that regard, I require you to advise in writing whether you intend to serve Pexcor's action, and provide me with a copy of the following documents as proof of service:

- A copy of Pexcor's claim translated into Swedish;

Gowling Lafleur Henderson LLP · Lawyers · Patent and Trade-mark Agents
One Main Street West · Hamilton · Ontario · L8P 4Z5 · Canada T 905-540-8208 F 905-528-5833 gowlings.com

# gowlings

- "Certificate" in conformity with Article 6 of the Hague Convention.

Given your attempt to communicate with our client by courier, and to avoid the Hague Convention.

Yours very truly,

GOWLING LAFLEUR HENDERSON LLP

*[signature]*

Heather C. Devine
Partner

HCD:ef

Cc:   Client