IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY INC., | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) ) Case No.: 11-cv-02034-RMC |
| UPONOR AB, | ) ) Honorable Judge Rosemary M. Collyer |
| Defendant/Counter-Plaintiff. | ) ) ) |
| UPONOR AB, | ) ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) |
| HEATLINK GROUP, INC., | ) ) |
| Third Party Defendant. | ) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND FILE A RESPONSE TO MOTION TO STAY**

Plaintiff/Counter-Defendant, Pexcor Manufacturing Company, Inc. ("Pexcor"), by its attorneys, moves this Court for an extension of time in which to answer or otherwise plead in response to Defendant/Counter-Plaintiff Uponor AB's ("Uponor") Counterclaim and to respond to Uponor's Motion to Stay. In support of its Motion, Pexcor states as follows:

1.  On April 5, 2012, Uponor filed its Answer to Pexcor's Complaint for Declaratory Judgment, Damages and Equitable Relief [Doc. No. 7]. Uponor also filed a Counterclaim for Patent Infringement against Pexcor ("Counterclaim") [Doc. No. 7].

2.  On April 5, 2012, Uponor also filed a Motion to Stay this lawsuit [Doc. No. 8].

1

3. Pexcor has until April 23, 2012, to answer or otherwise plead in response to Uponor's Counterclaim and to respond to Uponor's Motion to Stay.

4. In order to investigate and analyze the allegations Uponor's Counterclaim and Motion to Stay, Pexcor requests an additional twenty (20) days, up to and including May 14, 2012, to prepare and file a responses.  Counsel for Pexcor needs the additional time to more fully investigate the allegations stated in the Counterclaim and the facts underlying the reasons asserted for the requested stay, and to confer with Pexcor regarding appropriate responses to the Motion and Counterclaim.

5. In accordance with LCvR 7(m), Pexcor's counsel has conferred with Uponor's counsel, who agrees to the relief requested in this Motion.

6. Pexcor does not bring this Motion for purposes of delay.

7. This is Pexcor's first request for an extension in this case.

WHEREFORE, Plaintiff/Counter-Defendant, Pexcor Manufacturing Company Inc., respectfully requests that this Court enter an Order granting its request for an extension of time, up to and including May 14, 2012, in which to answer or otherwise plead in response to Uponor's Counterclaim and to respond to Uponor's Motion to Stay.

Dated:  April 19, 2012.

Respectfully submitted,

By: /s/ Joseph D. Lewis
Joseph D. Lewis
(DC Bar # 293415)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Washington, DC  20006
Phone:  (202) 289-1313
Fax:  (202) 289-1330
Email:  joe.lewis@btlaw.com

Attorneys for Plaintiff/Counter-Defendant, Pexcor Manufacturing Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, a copy of the foregoing **Plaintiff's Agreed Motion for an Extension of Time to Answer or Otherwise Plead and Respond to Motion to Stay** was filed electronically. Notice of this filing will be sent to the following attorneys by operation of the Court's electronic filing system, and, to those parties not receiving such notice, by U.S. Mail from 1717 Pennsylvania Avenue, NW, Washington, DC 20006. Parties may access this filing through the Court's system.

> Joseph M. Vanek
> VANEK, VICKERS & MASINI, P.C.
> 111 South Wacker Drive
> Suite 4050
> Chicago, Illinois 60606

      /s/ Joseph D. Lewis
      Joseph D. Lewis

CHDS01 749634v1