**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PEXCOR MANUFACTURING COMPANY INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No.:    11-cv-02034-RMC |
| | ) | |
| UPONOR AB, | ) | Honorable Judge Rosemary M. Collyer |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |
| UPONOR AB, | ) | |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HEATLINK GROUP, INC. | ) | |
| | ) | |
| Third Party Defendant. | ) | |

**PROPOSED ORDER**

THIS MATTER comes before the Court on Plaintiff/Counter-Defendant Pexcor

Manufacturing Company, Inc.'s ("Pexcor") Agreed Motion for an Extension of Time to Answer

or Otherwise Plead in response to Defendant/Counter-Plaintiff Uponor AB's ("Uponor")

Counterclaim and to respond to Uponor's Motion to Stay.  The court, having reviewed Pexcor's

Motion, and otherwise being fully advised in the premises, finds that good cause has been

shown, and hereby grants said motion and orders that Pexcor is given until May 14, 2012 in

which to answer or otherwise plead in response to Uponor's Counterclaim and to respond to

Uponor's Motion to Stay.

Dated this _____ day of April 2012.

BY THIS COURT:

_____
Honorable Judge Rosemary M. Collyer

1

<u>Distribution to</u>:

Joseph D. Lewis
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW
Washington, DC  20006

Joseph M. Vanek
VANEK, VICKERS & MASINI, P.C.
111 South Wacker Drive
Suite 4050
Chicago, Illinois 60606

CHDS01 749689v1