UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PEXCOR MANUFACTURING COMPANY, INC.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 11-2034 (RMC) ) ) |
| **UPONOR AB,** *et al.*, | ) ) |
| Defendants. | ) ) ) |

**ORDER**

The parties have advised the Court that they have "reach[ed] a tentative agreement to resolve the instant lawsuit."  Fifth Consent Mot. Extension of Time [Dkt. 19] at 2. The parties jointly seek an extension of time for Plaintiff Pexcor Manufacturing and Third-Party Defendant Heatlink Group to file an answer to the Counterclaims, a response to the pending Motion to Stay, Dkt. 8, and the Third-Party Complaint, Dkt. 10.  The parties have already sought and been granted five extensions of time for that very same purpose.  On October 26, 2012, they advised the Court that thirty days would be "a sufficient amount of time to complete the documents to effect a final settlement."  Fourth Consent Mot. Extension of Time [Dkt. 18] at 3. The parties have not offered sufficient explanation as to why yet another extension is warranted. Accordingly, it is hereby

**ORDERED** that the case is **DISMISSED**.  The dismissal shall be without prejudice from now through January 18, 2013.  If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court.  Should counsel fail to

move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.


Date:  November 29, 2012                                       /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge