R.S.O. 1990, c. C.43, s. 108	Page 1

Ontario Statutes
  Courts of Justice Act
    Part VII — Court Proceedings
      Procedural Matters
        s 108.

Ontario Current to Gazette Vol. 145:48 (December 1, 2012)

**108.**
**108(1) Jury trials**
In an action in the Superior Court of Justice that is not in the Small Claims Court, a party may require that the issues of fact be tried or the damages assessed, or both, by a jury, unless otherwise provided.

**108(2) Trials without jury**
The issues of fact and the assessment of damages in an action shall be tried without a jury in respect of a claim for any of the following kinds of relief:

1. Injunction or mandatory order.
2. Partition or sale of real property.
3. Relief in proceedings referred to in the Schedule to section 21.8.
4. Dissolution of a partnership or taking of partnership or other accounts.
5. Foreclosure or redemption of a mortgage.
6. Sale and distribution of the proceeds of property subject to any lien or charge.
7. Execution of a trust.
8. Rectification, setting aside or cancellation of a deed or other written instrument.
9. Specific performance of a contract.
10. Declaratory relief.
11. Other equitable relief.
12. Relief against a municipality.

**108(3) Idem**
On motion, the court may order that issues of fact be tried or damages assessed, or both, without a jury.

**108(4) Composition of jury**
Where a proceeding is tried with a jury, the jury shall be composed of six persons selected in accordance with the
*Juries Act*.

**108(5) Verdicts or questions**
Where a proceeding is tried with a jury,

(a) the judge may require the jury to give a general verdict or to answer specific questions, subject to section 15 of the *Libel and Slander Act*; and
(b) judgment may be entered in accordance with the verdict or the answers to the questions.

Copr.(c)West 2013 No Claim to orig.Govt.Works

**108(6) Idem**

It is sufficient if five of the jurors agree on the verdict or the answer to a question, and where more than one question is submitted, it is not necessary that the same five jurors agree to every answer.

**108(7) Discharge of juror at trial**

The judge presiding at a trial may discharge a juror on the ground of illness, hardship, partiality or other sufficient cause.

**108(8) Continuation with five jurors**

Where a juror dies or is discharged, the judge may direct that the trial proceed with five jurors, in which case the verdict or answers to questions must be unanimous.

**108(9) Specifying negligent acts**

Where a proceeding to which subsection 193(1) of the *Highway Traffic Act* applies is tried with a jury, the judge may direct the jury to specify negligent acts or omissions that caused the damages or injuries in respect of which the proceeding is brought.

**108(10) Malicious prosecution**

In an action for malicious prosecution, the trier of fact shall determine whether or not there was reasonable and probable cause for instituting the prosecution.

1996, c. 25, s. 9(17); 2006, c. 21, Sched. A, s. 16

© Thomson Reuters Canada Limited or its Licensors (excluding individual court documents). All rights reserved.

END OF DOCUMENT