# EXHIBIT A

Office de la Propriété
Intellectuelle
du Canada

Un organisme
d'Industrie Canada

Canadian
Intellectual Property
Office

An agency of
Industry Canada

CA 2232376 C 2002/11/19

(11)(21) **2 232 376**

(12) **BREVET CANADIEN
CANADIEN PATENT**

(13) C

(86) Date de dépôt PCT/PCT Filing Date: 1996/09/20
(87) Date publication PCT/PCT Publication Date: 1997/03/27
(45) Date de délivrance/Issue Date: 2002/11/19
(85) Entrée phase nationale/National Entry: 1998/03/18
(86) N° demande PCT/PCT Application No.: SE 1996/001169
(87) N° publication PCT/PCT Publication No.: 1997/010936
(30) Priorités/Priorities: 1995/09/20 (9503272-8) SE;
  1996/01/11 (9600091-4) SE;
  1996/06/26 (PCT/EP96/02801) WO

(51) Cl.Int.$^6$/Int.Cl.$^6$ B29C 35/08, B29D 23/00, F16L 55/16, F16L 9/12

(72) Inventeurs/Inventors:
  SJÖBERG, Michael, SE;
  RYDBERG, Jan, SE;
  JÄRVENKYLÄ, Jyri, FI

(73) Propriétaire/Owner:
  UPONOR WIRSBO AB, SE

(74) Agent: MARKS & CLERK

(54) Titre : PROCEDE DE CHAUFFAGE ET/OU DE RETICULATION DE POLYMERES ET DISPOSITIF ASSOCIE
(54) Title: METHOD FOR HEATING AND/OR CROSS-LINKING OF POLYMERS AND APPARATUS THEREFOR



(57) Abrégé/Abstract:
The invention relates to a process for heating polymer material, including irradiation of said polymer material with infrared radiation. In accordance with the process according to the invention the infrared radiation has wave lengths which substantially are not equal to the absorption peaks of the polymer material in respect of infrared radiation.




WO 97/10936                                           PCT/SE96/01169

## METHOD FOR HEATING AND/OR CROSS-LINKING OF POLYMERS AND APPARATUS THEREFOR

### Technical field of the invention

The invention in general relates to a method for the
5  uniform and fast heating of polymers or mixtures of polymers,
inter alia to a method for cross-linking polymers, which are
cross-linkable by means of heat, by means of infrared
radiation, particularly to a method for the contactless
cross-linking of mouldings of a cross-linkable polymer
10  material in connection with the manufacture of the mouldings,
especially in the manufacture of extruded tubes of
polyethylene. The invention also relates to an apparatus for
carrying out the method.

### Background of the invention

15      In many applications involving treatment of polymer
material there is a need of a fast and uniform, simultaneous
heating of the entire polymer material. There are many ways
of heating the polymer material, see the discussion below
regarding cross-linking, but most of them have the common
20  feature that they involve a heating of the surface of the
material and conduction through the material. The heating
thus will be slow and non-uniform since polymer materials
generally are poor conductors in respect of heat.

Cross-linking, that is, the formation of spatial networks
25  or cross-links in polymers such as polyethylene is nowadays
generally carried out in accordance with two main principles.

According to a first main principle the formation of the
spatial network is achieved chemically by means of functional
groups, that is, chemically reactive side groups on the
30  polyethylene chain take part in a condensation process which
causes cross-links. Trismethoxy-vinylsilane is used in this
process and for this reason the process is called the silane
method.

According to another main principle the cross-linking is
35  achieved by means of radicals which either may be formed by
direct action of radiation energy on the polymer chain, for
instance by means  of  irradiation with an electron beam, or
with UV-radiation, or which may be formed by means of

CA 02232376 1998-03-18

- 2 -

additives, cross-linking agents, such as organic peroxides or
azo-compounds. In the latter case the cross-linking reaction
normally is triggered by means of heat. The invention inter
alia relates to this latter type of cross-linking by means of
5   heat.

SE-B-324 450 discloses a process in which the polymer
which is to be cross-linked is mixed with a cross-linking
agent such as an organic peroxide before the extrusion and
during or after the extrusion is heated so as to initiate the
10  formation of a spatial network. This process has
disadvantages because of the specific design thereof,
primarily in the continuous manufacture of products like
tubes, particularly in that the speed of manufacture will be
very low.

15  Methods based on the transfer of heat from the tool
generally have the advantage that all the peroxide will be
used since the peroxide does not have time to evaporate.
However, very long tools are then needed in order to allow
the temperature to be raised in a degree which is sufficient
20  to trigger the cross-linking. A consequence of this is that
there is a high pressure drop in the tool, resulting in the
necessity of high extrusion pressures, which in turn entails
that the extruder must meet high standards - normally a so-
called ram-extruder must be used. A result of long channels
25  also is frictional problems in the tool. Attempts to solve
the frictional problems have involved coating the tools with
teflon and combining screw extruders with tools for instance
provided with coextrusion, see e.g. WO 94/21441. In these
processes, however, the coextruded surface layers may have to
30  be removed after the extrusion.

In one process (called PEXEP) described in the Finnish
laid-open specification 94106, which is substantially faster
than the preceding process, an extruded tube of polyethylene
is heated by direct contact with heated wheels in order to
35  initiate the cross-linking. The heating here is mainly
carried out by heating the surface and consequently involves
conduction through the material. It should be noted that
polymers like polyethylene are poor conductors in respect of

- 3 -

heat. The disadvantages associated with this process are that
the dimensional stability and the surface finish are less
good. The PEXEP-process also has the disadvantage that the
peroxide may evaporate from the surface and that for this
5   reason it may be difficult to achieve an uniform cross-
linking throughout the entire tube wall.

In another process the heating is carried out with a
liquid in the form of a salt bath. The heat transfer from
liquid to polymer is relatively good, but the problems with a
10  surface finish which is less good and the poor heat
conductivity of polyethylene remain.

In Plastics Extrusion Technology, Chapter 15, Cross-
linking of plastics after extrusion, pp 499-500 (Hanser
Publishers, Munich 1988), it is described how comparatively
15  thick insulation on cables can be cross-linked contactlessly
by utilizing vertical heating devices in the form of tubes
containing hot vapour, without any risk for deformation of
the insulation due to the influence of gravity. Furthermore a
deformation of the surface of the insulation of the cable
20  caused by contact with the walls of the vapour tube is
avoided. The heating is however carried out utilizing
conduction and for this reason must be performed under a long
period of time, especially if the materials are thick, since
the polymer, as mentioned above, is a poor conductor in
25  respect of heat. The maximum temperature which may be
achieved is furthermore low, about 225°C, which further
increases the the cross-linking time and thereby the length
of the cross-linking zone. A comparatively long part of the
cable must be cantilevered in the cross-linking zone. It
30  would thus seem that one condition is that the polymer is
carried or supported by a core (the cable) in order to
diminish any deformation or yielding caused by gravitation.

GB-A-1 562 814 discloses a continuous process for the
manufacture and the cross-linking of cellular plastic made of
35  polyethylene in which the polyethylene initially is mixed
with peroxide and cellforming agents, whereupon, in one
alternative, cross-linking in a first step is initiated by

CA 02232376 1998-03-18

- 4 -

means of a limited heating obtained by means of infrared
radiation after which the cross-linking is carrried out by
means of the exothermic heat. In a second step the plastic is
expanded by additional heating by means of hot air which
5    simultaneously functions as a supporting air cushion.

Hiroshi Nishimura - Shunichi Takai, Corrsion protection
of submarine pipeline with a wrap-around heat shrinkable
tube, pp. 55-66, UK Corrosion '83; Conference; Ed.:
Institution of Corrosion Science & Technology; National
10   Association of Corrosion Engineers; Birmingham 15-17 Nov.
1983 discloses the initiation of cross-linking in
polyethylene in shrinkable tubes by means of infrared
radiation, the infrared radiation being adapted so as to
consist of the wave lengths which substantially entirely are
15   absorbed by polyethylene. Since the radiation essentially is
absorbed, mainly the surface layer of the polymer will be
heated and the remaining part of the polymer will be heated
by means of conduction. The process thus is mainly suited for
thin materials or manufacture at low speeds. A disadvantage
20   with this process is the risk for overheating in the surface
layer.

Short description of the inventive concept

The object of the present invention is to set forth a
process and an apparatus making possible a fast, contactless
25   and uniform heating of a polymer or polymer mix (which in the
following will be called polymer material), inter alia for
cross-linking, so that manufacture of objects made of cross-
linkable polymers can be carried out at high speeds and with
a good surface finish.

30   In accordance with the invention this is achieved in that
the polymer material is irradiated with infrared radiation
having wave lengths which differ from the wave lengths which
are absorbed by the polymer material in question. This means
that the infrared radiation penetrates through the polymer
35   and in this way quickly heats the moulding throughout its
entire thickness. In cross-linking this means that a high
speed of manufacture is made possible. Since the heating is
carried out by means of infrared radiation the heating can be

done entirely without contact, which results in a high
surface finish. In a preferred embodiment, primarily used for
cross-linking after extrusion, the zone with infrared
radiation is arranged in a vertical direction from the
5   extrusion nozzle, preferably upwardly, so that the moulding
after the extrusion is fed vertically upwards through the
said zone. Because of the fast and uniform heating the cross-
linking proceeds quickly and the extruded moulding rapidly
obtains a high rigidity (that is the material in the body or
10  moulding passes from having been mainly viscous to being
mainly visco-elastic). Since the cross-linking zone at the
same time can be made short this results in that the risk for
deformation or local thickening due to vertical yielding
caused by gravitational forces will be small. Both the
15  dimensional and the thermal stability thus will be high. To
the extent peroxide for instance is used as a cross-linking
agent, the agent does not have time to evaporate from the
surface.

The above-mentioned objects of the invention are also
20  achieved by means of an apparatus for heating mouldings
provided with at least one zone with at least one source of
infrared radiation, particularly for cross-linking of
polymers which are cross-linkable by means of heat, the
infrared radiation having wave lengths that mainly differ
25  from the absorption peaks of the polymer in question.

Other advantageous embodiments are set forth in the
dependent claims and in the other independent claims.

**Short description of the attached drawings**

Fig. 1 shows a schematic picture of an arrangement
30  according to the invention for extrusion and cross-linking of
tubes made of plastics,

Figs. 2a and b illustrate one way of arranging infrared
sources in combination with parabolic mirrors,

Fig. 3a illustrates a first way of arranging infrared
35  sources in combination with elliptical mirrors,

Fig. 3b illustrates another way of arranging infrared
sources in combination with elliptical mirrors,

- 6 -

Fig. 4 shows a diagram of the transmission by polyethylene of different wave lengths of infrared radiation,

Fig. 5 shows a carriage having an infrared source for internal irradiation of tubes.

5     **Detailed description of a preferred embodiment of the invention**

Fig. 1 illustrates schematically a preferred embodiment of a line for extruding and cross-linking tubes of polyethylene.

10    This line includes an extruder 1 in which starting materials in the form of polyethylene 2 and an organic peroxide 3, preferably an apolar peroxide which is approved for used in connection with food, are fed. For a more detailed discussion of polymer materials and cross-linking
15    agents which may be used reference can be made to for instance SE-B-324 450 and the above-mentioned Chapter 15, Cross-linking of plastics after extrusion. Above all, it should be emphasized that polar peroxide and azo-compounds may also be used in applications which for instance do not
20    have to meet the standards in food handling.

After heating and mixing in the extruder 1, a tube 4 is continuously formed in the angled head 5. The nozzle in the angled head is directed upwardly, so that the tube 4 is extruded vertically upwards. The angled head is located
25    outside a cross-linking oven 6 but opens into this oven. Nitrogen or any other suitable inert gas is blown into the oven through an opening or nozzle 5" in order to prevent that the surface of the extruded tube is oxidized. Nitrogen or any other inert gas is also introduced in a manner known per se
30    into the interior of the tube in connection with the extrusion through an opening or nozzle 5'. It is an advantage if the inert gas is at a certain overpressure in the tube. By these means the cooling of the inside may be controlled and residual products, if any, may be removed.

35    The tube 4 is fed vertically upwards from the angled head 5 through two zones 7, 8 comprising sources of infrared light. After the two first zones with infrared light the tube optionally is deflected 180° by means of a deflection wheel 9

CA 02232376 1998-03-18

- 7 -

in order to allow the tube optionally to be moved vertically downwards through two further zones 10, 11 provided with sources of infrared light. In these zones the material is heated by means of the infrared radiation so as to cause the
5  material to be cross-linked. The tube is then deflected 90° by means of a second deflection wheel 12 and is then fed horizontally through a conventional cooling tub 13. A conventional tube feeding device 14 follows after the cooling tub which feeds the tube with a speed which is adjusted to
10  the extrusion speed. The cross-linked tube is then wound onto a drum 15 in a conventional manner.

All parts of the line except the infrared zones and the vertical orientation of the tube in the oven are quite conventional and may be of any optional kind as long as they
15  permit the extruded tube to be fed through the infrared zones. The angle head 5 may thus for instance be replaced by a deflection wheel deflecting a tube, which has been extruded horizontally, into a vertical direction.

Figs. 2a and 2b show an infrared zone in cross section.
20  The zone comprises four elongated infrared radiators 16, 17, 18, 19 arranged symmetrically around the tube, each being located in the focal point for a respective elongated mirror 20, 21, 22, 23,, having a constant, parabolic cross section, between said mirror and the tube. The infrared radiators may
25  for instance consist of lamps for infrared light. As shown the respective tube 24, 24' will be irradiated from all sides with four beams of radiation consisting of parallel infrared radiation in addition to the direct radiation from the infrared radiators. Radiations passing past or through the
30  tube will at least partly be reflected back against the tube.

The fact that the radiation beams are parallel will entail that the arrangement more easily can be used for tubes having different dimensions without any need for adjustment or rebuilding, since, as can be seen in Figs. 2a and 2b,
35  tubes 24 with a larger diameter and tubes 24' with a smaller diameter will be irradiated in a similar way and substantially uniformly around the entire periphery, although to some extent with different powers.

CA 02232376 1998-03-18

- 8 -

    Figs. 3a and 3b show an arrangement in which the mirrors have an elliptical cross section instead of a parabolic cross section. In Fig. 3b the ellipse upon which the shape of the mirror is based has been divided along the major axis. If the
5  infrared radiators 25-28 are placed in the focal points of the mirrors 29-32, the reflected radiation will be focused in a point between the respective radiator and tube relatively close to the radiator and then diverge considerably. As can be seen in the Figure, this design therefore is suitable for
10  tubes 33 having a large diameter.

    In Fig. 3b the ellipse upon which the shape of the mirror is based has been divided along the minor axis. This means that the reflected radiation from the infrared radiators 35-38, which are located in the focal points of the mirrors
15  39-42, will be focused in a point located relatively far from the infrared radiators, which in turn means that the reflected radiation from all four mirrors substantially can be focused in a point within the tube. This will give a high concentration of the reflected radiation on the tube in tubes
20  43 having a small diameter.

    Mirrors having an elliptical shape are thus somewhat more sensitive with regard to the dimensions of the tube than mirrors having a parabolic shape.

      In mirrors having an elliptical shape at least a part
25  of the radiation which passes past or through the tube also is reflected back towards the tube, above all from the opposite mirrors.

    The mirrors are preferably coated with pure gold, which reflects up to 98° of incident infrared radiation. An
30  alternative which perhaps chiefly might be used on other enclosing surfaces in the zone for infrared radiation is polished aluminium which reflects up to 90° of incident infrared radiation.

    As mentioned introductorily it is very important that the
35  material in the tube is heated uniformly across the entire cross section. This has been difficult to achieve with the prior art mentioned introductorily, since materials like polyethylene are poor conductors in respect of heat. The

CA 02232376 1998-03-18

- 9 -

heating power, which mainly is conveyed to the surface of the
material in the prior art, in these cases either has to be
high in treatments during a short period of time (=high speed
of production) with the concomitant risks for degradation of
5    the outer layers of the polymer because of local, excessively
high temperatures (for instance entailing evaporation of the
cross-linking agent in the surface layer) or be comparatively
low during a long period of time for treatment (=low speed of
production). In the latter case the treatment may of course
10   instead be carried out for a long distance, but this entails
risks relating to for instance the dimensional stability of
the polymer product.

By irradiating the polymer with infrared radiation having
wave lengths which differ from the wave lengths for which the
15   polymer has absorption peaks, a more uniform heating of the
material is obtained across the entire thickness thereof
since the radiation passes through the material delivering a
certain heating power per unit length of the material
thickness, simultaneously avoiding the heavy local surface
20   heating due to the absorption peaks. For polyethylene this
for instance means the avoidance of the wave lengths
corresponding to the absorption peaks A and B in the diagram
in Fig. 4 which shows an example of a measurement of the
transmission of infrared radiation of the polyethylene in
25   dependence of the wave length, here expressed in $cm^{-1}$. The
ranges A and B here correspond to 3,2-3,6 μm respectively
6,7-6,9 μm.

As is evident from the diagram a relatively high
transmission of the infrared radiation may be obtained in
30   dependence of the thickness of the material.

The elimination of these absorption peaks may for
instance be achieved by placing a filter filtering off these
peaks which is placed between the respective infrared
radiator and the tube. A suitable filter material is for
35   instance silica glass, $SiO_2$, or the glass types known under
the names "Pyrex" or "Crown glass".

An alternative to filters is to use lamps for infrared
light having wave lengths of about 1,2 μm as sources for

CA 02232376 1998-03-18

- 10 -

infrared radiation, in this way avoiding the absorption
peaks.

As can be seen in the diagram it may in some cases be
simplest to entirely avoid the wave length range 2-10 µm
5  within which most absorption peaks of polyethylene are
located.

The uniform and smooth heating of the polymer material to
the cross-linking temperature permits the tube, which is
viscous after the extrusion, to be moved vertically and
10  entirely without any contact and without any outer or inner
support for a relatively short distance through the infrared
zone. I spite of this the distance is sufficient to
substantially allow cross-linking. The fact that the tube may
be moved vertically results in that the gravity acts along
15  the longitudinal direction of the tube, which, in combination
with the short distance during which the material in the tube
still is viscous, minimizes the risk that the tube is
deformed under the distance without any contact.

As an example it can be mentioned that, with an apparatus
20  including four infrared sources forming an infrared zone
having a length of only 300 mm and having a peak value of the
wave lengths around 1,2 µm, it has proved possible to produce
tubes having a diameter of 15 mm and a wall thickness of
2,5 mm at a speed of 16,5 kg/h. The atmosphere in the oven
25  was nitrogen mixed with air, that is, not an entirely inert
atmosphere. The power of the infrared source furthermore was
relatively limited. In spite of this the quality of these
tubes with regard to dimensional stability, termal stability,
surface finish and cross-linking approaches the quality of
30  the tubes obtained with the slow process according to
SE-B-324 450, whilst the speed of manufacture approaches the
speed of manufacture for the "PEXEP"-method mentioned
introductorily. In another example, tubes intended for tap
water were manufactured with the same dimensions as the
35  preceding ones with a dispensed mass of 35 kg/h at a melting
temperature of about 175°C and a total applied effect in two
IR-zones having each four IR-lamps or 14-15 kW. With an
admixture of 0.5% ditert.butylperoxide, cross-linking degrees

CA 02232376 1998-03-18

- 11 -

of between 76 and 78% were obtained, which is well within the range of the desirable degree of cross-linking, 70-90%. The tubes at the same time displayed a very high surface finish both on the inside and on the outside.

5     It should be emphasized that the above description of a preferred embodiment of the invention only is given as a non-limiting example and that the invention of course may be varied in many ways within the scope of the attached claims. The number of infrared sources is optional as long as sources
10 and mirrors have been arranged in such a way that the product which is to be cross-linked is irradiated from all sides. A variant could be a cylindrical tube which has a reflective inside, around the inner periphery of which a number of infrared sources are arranged symmetrically.

15     It should also be noted that it is conceivable to move the tube vertically downwards in the initial stage and then vertically upwards instead in the opposite directions as described above.

    In the manufacture of tubes it may also be of great
20 importance to coat the inside and/or outside of the tube with a layer comprising another polymer, preferably a thermo-plastic polymer. One such method is for instance described in WO 94/21441. If this polymer is chosen in such a way that it is low-absorbing with regard to the wave length range used
25 for the infrared radiation and has a good adhesion to the main material in the tube, the tube may be coextruded on the in- and/or outside with a thermoplastic material displaying good frictional properties in the nozzle and the cross-linking of the main material may take place without
30 essentially influencing the surface layers, since the IR-radiation substantially passes through the surface layers without heating them but selectively heats the main material in the tube. The surface layer may also be made of polymers being impervious with regard to different substances such as
35 chlorine or benzene. It is also conceivable to have surface layers made of materials having properties with regard to absorption which correspond to the properties of the main material in the tube since the surface layer then will be

CA 02232376 1998-03-18

WO 97/10936                                                    PCT/SE96/01169

- 12 -

heated in a degree substantially corresponding to the degree
of heating of the main material in the tube, with the result
that the temperature curve through the walls of the tube
substantially will remain uniform. One example of this latter
5    concept is tubes made of PEX coated with nylon. These
materials have similar properties with regard to absorption
or infrared radiation.

These surface layers may also protect the extruded
product against oxidation and, in cross-linking, against
10   evaporation of the cross-linking additive.

In another alternative a tube may be coated with a thin
aluminum layer on the inside obtained by extruding the tube
together with a thin foil of plastic coated with a thin metal
layer which for instance may have been obtained by
15   sputtering. In this case the metal coating will function as
the mirror according to the invention which reflects the
infrared light. Such a reflecting layer may also be used to
prevent the IR-radiation from passing through polymer layers
which are located behind the reflecting layer and which it is
20   not desirable to irradiate or cross-link.

Another possibility of arranging a mirror for reflecting
the IR-radiation is to use a core having a reflecting surface
at the extrusion. Such a core is particularly important in
tubes having a larger diameter which may not easily be
25   extruded vertically. The core then suitably has a length
corresponding to the length of the radiation area and is
coated with substances like chrome-teflon in order to give a
good reflecting effect and good properties with regard to
friction. The core may further be provided with means for
30   heating/cooling, resulting in that the core may be tempered
to obtain better control of the heating or the cross-linking.
In such a process there are not the problems with stick/slip-
flow which occurs in a tool of the kind which for instance is
used in WO94/21441.

35   As can be seen in our simultaneous pending application
WO96/02801 which is based on SE 9503272-8, filed
September 20, 1995, it is also conceivable to design parts,
for extrusion and/or shaping, of glass or another material

CA 02232376 1998-03-18

- 13 -

which is transparent for IR-radiation. One advantage is that
the material (the glass) in the transparent parts can be
chosen to be made of the same material as the filter
according to the invention for filtering off of the wave
5    length being absorbed by the polymer/polymer mixture, by
which means thus a uniformly distributed heating of the
polymer material is achieved, another that a protective gas
is not needed. This entails inter alia that a partial or
complete cross-linking can be initiated already in the tool,
10   for instance in order to ensure that the polymer chains keep
a certain orientation. The transparent part may be located
directly after the nozzle or before the nozzle. The latter
case is to be preferred when the tool is used for the
manufacture of products of oriented PEX.

15        Another case in which a fast and uniform heating of
polymer material is desirable is the manufacture of tubes
with oriented molecular chains from blanks consisting of
relatively thick tubes which are expanded to the final shape.
Such a process is for instance described in German patent
20   application 2 357 210 filed November 16, 1973. Polymer
materials which might be used are among others PVC, PE, PEX,
PP, and PET. When tubes made of PVC are manufactured, the
blank is extruded, cooled and is normally tempered in water
from about 20°C to about 93°C (90-98°C is the orienting
25   temperature of the material), that is mainly by means of
conduction, whereupon the blank by means of a fixed inner
core is expanded to the final form followed by calibration.
It is however also in this case important that the
temperature profile throughout the wall of the tube is
30   uniform. Furthermore, the initial stage of a process
involving a fix inner core may be difficult since the modulus
of elasticity of the plastics material still will be
relatively high at the maximum temperature of the water. It
is thus an advantage if a temperature can be achieved in the
35   initial stage which exceeds the maximum temperature of the
water bath even if there is a risk for a slightly worse
orientation in this stage. Both these possibilities exist if
the tube blank instead is heated by means of IR-radiation

CA 02232376 1998-03-18

WO 97/10936                                                    PCT/SE96/01169

- 14 -

with wave lengths which substantially are not absorbed by the
polymer material, in this way considerably improving this
process. The temperature then can be lowered gradually after
the initial stage.

5      In all the above-mentioned processes the reflecting
mirror may also be replaced by a material which entirely
absorbs the radiation passing through the polymer material,
for instance in order to regulate the degree of heating or
the speed of heating.

10     Another important field in which the inventive process
may be useful is lining of pipes which are to be
reconditioned by means of linings comprising folded or
compressed tubes which are expanded against the pipe. The
pipes may be tubes which essentially have the same form as

15  the inside of the pipe which is to be reconditioned. The
tubes are made of a polymer material, for instance PEX, which
is treated or manufactured so as to have so-called memory
function, that is, they revert to their original form upon
heating by means of IR-radiation. The system is called "close

20  fit" since the tube of PEX will shrink somewhat due to the
cooling even if it is expanded to its original shape. Such a
process is for instance described in GB-A-2 264 765. In order
that the tube easily may revert to its original shape it is
valuable also in this case if the polymer material is heated

25  quickly and uniformly across the entire thickness, and for
this reason a heating with IR-radiation chosen in accordance
with the invention is very advantageous. The outside of the
tube further may be coated with a layer of LLDPE mixed with a
foaming agent which has not been reacted and which has been

30  applied after the manufacture of the PEX-tube. The foaming
agent can be made to react by means of the efficient heating
which can be obtained by the choice of wave lengths for the
IR-radiation according to the invention, which means that the
foam which is formed can compensate for any shrinkage due to

35  cooling. In this way, a "tight fit" system is obtained which
is desirable since it will not vibrate against the walls of
the outer tube caused by variations in pressure and is not
sensitive to buckling caused by water which possibly may

penetrate inbetween the two tube walls. In Fig. 5 an example
of a movable IR-source 51 is shown, which is located on a
carriage 52 provided with wheels which is movable in a pipe
53 which is to be reconditioned. On the inside of the tube

5    the lining tube 54 can be seen with a foam layer 55 located
on the outer side thereof.

In one variation which above all is suited for pipes
having a larger diameter a plurality of thin, folded lining
tube layers made of a weldable polymer can be used which are

10   introduced successively  and pressurized after the
introduction, wherein each polymer layer is subjected to heat
for forming and/or welding from a movable IR-source, see our
simultaneous, co-pending application SE 9600091-4, filed
January 11, 1996. Preferably, layers of PEX are used, but the

15   layers may also be made of other materials. The choice of
materials and the succession of different materials may be
varied in dependence of the field of use of the tube.
Advantageously the IR-source has a range of wave length of
0.7-1.5 µm, preferably in the range close around 1.15 µm. One

20   possibility may here be to provide the first layer with a
layer which at least partly reflects IR-radiation, so that
the radiation which passes through the subsequent layers is
reflected back. In this process, a carriage similar to the
one shown in Fig. 5 may be used.

25       It should be emphasized that the invention also has other
fields of use within the scope of the appended claims. For
instance the process according to the invention is very
suited for heating tube ends for a subsequent shaping of
these to connection sleeves.

30       The infrared sources may of course be of any optional
kind, for instance gas flames, gas burners without an open
flame, electrical resistances etc. may be mentioned as long
as the emitted wave lengths can be held within the range
specified, for instance directly from the source, by means of

35   any conceivable control of the source, by means of filtering
the radiation or by any other way of regulating the wave
length.

CA 02232376 1998-03-18

WO 97/10936                                                              PCT/SE96/01169

- 16 -

    The filters may of course also be of any optional kind
and may be cooled if necessary.

CA 02232376 2002-07-23

17

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1.   Process for heating a polymer material, comprising irradiation of said polymer material with infrared radiation, wherein wave lengths corresponding to the absorption peaks for the polymer material in respect of infrared radiation, have been eliminated in the infrared radiation irradiating the polymer material.

2.   Process according to claim 1, in which the wave lengths corresponding to the absorptions peaks for the polymer material are filtered out.

3.   Process according to claim 2, in which said wave lengths are filtered out by filters made of silicon glass, $SiO_2$, or similar.

4.   Process according to claim 1, 2 or 3, in which infrared radiation which passes through the polymer is reflected back towards the polymer.

5.   Process according to claims 1, 2 or 3, in which infrared radiation which passes through the polymer material is reflected back through the polymer material by

18

a reflecting layer located directly against, on, or in the material.

6.    Process according to claim 1, 2 or 3, in which radiation which passes through the polymer material is absorbed by a layer located on the side of the polymer material located opposite to the infrared sources in the irradiation zone.

7.    Process according to any one of claims 1 to 6, in which a polymer material, which is cross-linkable by means of heat, with or without cross-linking additives, is cross-linked by means of said irradiation with infrared radiation.

8.    Process according to claim 7, in which the polymer material comprises polyethylene.

9.    Process according to claim 8, in which the polymer material contains a cross-linking additive consisting of organic peroxide.

10.   Process according to claim 8, in which the polymer material contains a cross-linking additive which consists of azo-compounds.

19

11.   Process according to any one of claims 7 to 10, in
which the infrared radiation has wave lengths outside the
wave length ranges 3.3-3.6 μm and 6.7-6.9 μm.


12.   Process according to claim 11, in which the infrared
radiation has wave lengths outside the wave length range 2-
10 μm.


13.   Process according to claim 11 or 12, in which the
infrared radiation has a wave length which substantially is
located around 1.2 μm.


14.   Process according to any one of claims 7 to 13, in
which the surfaces of the polymer material are flushed with
nitrogen or another inert gas at the cross-linking in order
to avoid oxidation of the surfaces.


15.   Process according to any one of claims 7 to 14, in
which the polymer material to be cross-linked is extruded
continuously, and is continuously fed through a zone in
which irradiation with infrared radiation is carried out.


16.   Process in according to any one of claims 7 to 15,
wherein the process is used for cross-linking of extruded

20

tubes, the tubes after the extrusion being fed vertically

through the or those zones in which irradiation with

infrared radiation is made.


17.  Process according to claim 16, in which the tubes,

after having been fed vertically in one direction through

at least one first zone with infrared radiation, also are

fed vertically in the opposite direction through at least a

second zone with infrared radiation.


18.  Process according to claim 16 or 17, in which nitrogen

or another inert gas is flushed along the outside and the

inside of the tube during the irradiation.


19.  Apparatus for heating polymer material, comprising at

least one zone with at least one source of infrared

radiation for irradiation of the polymer material with

infrared radiation in which the wave lengths corresponding

to the absorption peaks of the polymer material in respect

of infrared radiation have been eliminated.


20.  Apparatus according to claim 19, in which said zone

with a source for infrared radiation consists of a part of

a forming tool for the manufacture of mouldings of the

21

polymer material, said part of the tool being made of a

material transparent to infrared radiation.


21.  Apparatus according to claim 20, in which said part of

transparent material is made of a material which filters

off the wave lengths corresponding to the absorption peaks

of the polymer material.


22.  Apparatus according to claim 19, 20 or 21, in which

the power of said zones with infrared radiation is

regulated in such a way that the desired degree of cross-

linking of a cross-linkable polymer material is achieved.


23.  Apparatus according to claim 22, provided with means

for feeding mouldings of cross-linkable polymer material

through said zones with infrared radiation.


24.  Apparatus according to claim 23, in which the

apparatus includes means for supplying nitrogen or another

inert gas to said zone with a source for infrared

radiation, in order to prevent oxidation of the surfaces of

the moulding.


25.  Apparatus according to claim 23 or 24, in which said

infrared zone is arranged vertically so that the moulding

22

after the extrusion is moved vertically through the
infrared zone.


26.  Apparatus according to claim 25, wherein said moulding
consists of an extruded tube, said first zone(s) with a
source of infrared radiation being arranged in a vertical
direction from said extruder.


27.  Apparatus according to claim 26, wherein at least one
deflection device for deflecting said tube 180° is arranged
above said first zones with a source of infrared radiation,
so that the moulding in the form of a tube may pass
vertically in the opposite direction through at least a
second zone with sources of infrared radiation arranged
vertically relative to said deflection device.


28.  Apparatus according to claim 26 or 27, which includes
means for supplying an inert gas along the outer side and
the inner side of the tube in said zones with sources for
infrared radiation.


29.  Apparatus according to any one of claims 20 to 28, in
which a first device for reflecting infrared radiation
against said moulding is placed behind each source of
infrared radiation.

CA 02232376 2002-07-23

23

30.   Apparatus according to claim 29, in which a second
device for reflecting infrared radiation towards said
moulding is placed on that side of the moulding which is
located opposite each source for infrared radiation.


31.   Apparatus according to claim 30, in which the moulding
consists of an extruded tube or another hollow product, the
apparatus including an inner core coated with a reflecting
surface serving as a second surface reflecting the infrared
radiation when said moulding in the form of an extruded
tube or another hollow product is moved over the core in
order to be supported thereby, the core having a length
substantially corresponding to the length of said zone of
infrared radiation.


32.   Apparatus according to claim 30, in which said first
or second device for reflecting infrared radiation consists
of a mirror having a parabolic or elliptical cross-section.


33.   Apparatus according to any one of claims 20 to 32, in
which said source of infrared radiation includes at least
one infrared lamp.

CA 02232376 2002-07-23

24

34.   Apparatus according to claim 33, in which two or more
infrared lamps are arranged symmetrically around the
moulding in said zone for infrared radiation.


35.   Apparatus according to any one of claims 20 to 34, in
which the apparatus further includes an extruder for
extrusion of the moulding, said extruder being arranged
before said zone for infrared radiation.


36.   Apparatus according to any one of claims 20 to 35, in
which filters filtering off the wave lengths corresponding
to the absorption peaks for the polymer material to be
cross-linked are arranged between each source of infrared
radiation and the moulding.


37.   Apparatus according to claim 36, in which said filter
comprises silicon glass, $SiO_2$, or similar.


38.   Apparatus according to any one of claims 19 to 37, in
which the wave length for said infrared source or lamp
substantially is 1.2 μm.


39.   Process for reconditioning pipes, including
introduction of a lining tube into the pipe which has a
length corresponding to the part of the pipe which is to be

25

reconditioned, the lining tube comprising one or several layers of polymer materials and having an outer diameter smaller than the inner diameter of the pipe, the lining tube being expanded against the walls of the pipe, the lining tube being heated by means of infrared radiation in which the wave lengths corresponding to the absorption peaks of the layers in respect of the infrared radiation have been eliminated.

40.  Process according to claim 39, in which at least one of the layers comprises cross-linked polyethylene, the lining tube, which has an outer diameter which is less than the outer diameter the lining tube had at the cross-linking, has a so-called memory function so that the lining tube expands outwardly against the walls of the pipe to be reconditioned upon heating by means of said infrared radiation.

41.  Process according to claim 39 or 40, in which said lining tube is coated with a non-expanded, expandable material, the outside of which by means of said infrared radiation is heated to foaming temperature and which in foamed condition fills any space between pipe and lining tube.

CA 02232376 2002-07-23

26

42.   Process according to claim 39, 40 or 41, in which the lining tube is subjected to an internal overpressure by means of an inert protective gas, which contributes to the expansion and which is maintained by means of a small gas flow removing any residues from the reactions.

43.   Process according to claim 39, in which the lining tube comprises one or several thin layers, each layer being expanded against the wall of the pipe to be reconditioned by means of an inner overpressure, and being heated by means of said infrared radiation so that the layer is formed and/or welded against the preceding adjacent layer or against the wall of the pipe.

44.   Lining tube for a process according to claim 40, comprising cross-linked polyethylene having been heated by infrared radiation in which wave lengths have been eliminated corresponding to the absorption peaks which polyethylene has in respect of infrared radiation.

45.   Tube according to claim 44, which has an outer diameter which is less than the outer diameter after the cross-linking of the tube.

27

46.   Tube according to claim 44 or 45, in which the tube on
its outer side is provided with a layer forming a foam
which has not yet been reacted.

47.   Process for manufacturing an oriented tube of polymer
material, the tube being heated to a suitable orienting
temperature and then expanded and cooled, wherein said tube
is heated to the suitable orienting temperature by infrared
radiation in which the wave lengths corresponding to the
absorption peaks of the polymer material have been
eliminated.

48.   Process according to claim 47, in which the tube by
means of the infrared radiation in an initial stage is
heated to a somewhat higher temperature than the ideal
orientation temperature, in order to decrease the modulus
of elasticity of the material in the initial stage,
whereupon the temperature successively is lowered to said
suitable orientation temperature.

49.   Composite tube comprising at least one outer layer, at
least one intermediate layer, and an inner layer, said
intermediate layer consisting of polyethylene, wherein said
outer and said inner layer comprise a plastics material
forming a barrier against oxygen and having a low

CA 02232376 2002-07-23

28

permeability in respect of peroxide and/or reaction

residues of peroxide, said intermediate layer of

polyethylene being uniformly cross-linked across the entire

thickness of the outer layer by infrared radiation in which

the wave lengths corresponding to the absorption peaks

polyethylene has in respect of infrared radiation have been

eliminated.


50.   Composite tube according to claim 49, in which said

layers are coextruded.

CA 02232376 1998-03-18



CA 02232376 1998-03-18

$^2/_5$



FIG 2a

FIG 2b

CA 02232376 1998-03-18

3/5



FIG 3a

FIG 3b

**SUBSTITUTE SHEET**

CA 02232376 1998-03-18



4/5

FIG 4

Case 1:11-cv-02034-RMC   Document 25-1   Filed 01/28/13   Page 35 of 35





FIG 5