# EXHIBIT B

Court File No. T-496-11

## FEDERAL COURT

BETWEEN:

### UPONOR AB

Plaintiff/
Defendant by Counterclaim

-and-

### HEATLINK GROUP INC. and
### PEXCOR MANUFACTURING COMPANY INC.
### and CROSSLINK FINLAND OY
### and iNOEX GMBH
### and iNOEX LLC

Defendants/
(Pexcor Manufacturing
Company Inc. and Crosslink
Finland Oy, Plaintiffs by
Counterclaim)

### NOTICE OF DISCONTINUANCE

The Plaintiff/Defendant by Counterclaim, Uponor AB, hereby discontinues the action against the Defendants iNOEX GmbH and iNOEX LLC only.

Dated at Hamilton, Ontario, this 29th day of October, 2012.

_____
GOWLING LAFLEUR HENDERSON LLP
One Main Street West
Hamilton, ON L8P 4Z5

**Heather Devine**
Tel. No. 905-540-3289
Fax No. 905-523-2529

Solicitors for the Plaintiff/
Defendant by Counterclaim

MTL_LAW\ 1906236\3