**EXHIBIT C**

SCHEDULE A

TORONTO, ONTARIO, this _____ day of January 14, 2013

PRESENT:   Kevin R. Aalto Esq., Prothonotary

Court File No. T-496-11

## FEDERAL COURT

BETWEEN:

## UPONOR AB

Plaintiff

-and-

## PEXCOR MANUFACTURING COMPANY INC. HEATLINK GROUP INC. and CROSSLINK FINLAND OY

Defendants

## ORDER

**UPON** the Plaintiff issuing their Statement of Claim on March 24, 2011;

**UPON** the Plaintiff serving a request for particulars on Crosslink Finland OY ("Crosslink") on May 29, 2012 regarding Crosslink's Statement of Defence and Counterclaim;

**UPON** Crosslink serving their response to the demand for particulars on June 15, 2012;

**UPON** The Court issuing a scheduling order for the next steps in the action dated December 4, 2012 including setting the deadline for exchange of affidavits of documents on January 11, 2013, for Pexcor Manufacturing Company Inc ("Pexcor") and Heatlink Group Inc. ("Heatlink") to file an amended statement of defence and counterclaim within 20 days of the order, for the Plaintiff to file its reply and defence to counterclaim to the pleadings of Pexcor, Heatlink and Crosslink within 30 days of service of Pexcor's amended statement of defence and counterclaim;

HAM_LAW\ 404804\3

UPON the Plaintiff executing their affidavit of documents on December 12, 2012 and serving same on January 8, 2013;

UPON Pexcor and Heatlink serving their Fresh as Amended Statement of Defence and Counterclaim on December 14, 2012; ;

UPON the Plaintiff's Reply and Defence to Counterclaim being due on January 14, 2013 without counting the Christmas Recess and on January 31, 2013 with the Christmas Recess;

UPON the Plaintiff serving a request for particulars on Pexcor and Heatlink on January 11, 2012 regarding Heatlink and Pexcor's Fresh as Amended Statement of Defence and Counterclaim;

UPON Pexcor advising the Plaintiff on January 14, 2012 that it will not be providing any of the particulars requested;

**THIS COURT ORDERS:**

1.   The following documents shall be incorporated into the pleadings in this action.

   (a)   The Plaintiff's demand for particulars of Crosslink attached as **Schedule A**.

   (b)   Crosslink's response to the demand for particulars attached as **Schedule B**. without alleged prior art attached buy included by reference.

   (c)   The Plaintiff's demand for particulars of Pexcor attached as **Schedule C**.

   (d)   The Pexcor and Heatlink's refusal to provide particulars attached as **Schedule D**.

HAM_LAW\ 404804\3

FEDERAL COURT

Court File No. T-496-11

**UPONOR AB**

Plaintiff

-and-

**HEATLINK GROUP INC. and PEXCOR
MANUFACTURING COMPANY INC. and CROSSLINK
FINLAND OY and INOEX GMBH and INOEX LLC**

Defendants

**ORDER**

GOWLINGS
1 Main Street West
Hamilton, Ontario  L8P 4Z5
Heather C. Devine
Paul V. Lomic
Telephone: 905-540-3289/3265
Fax: 905-523-6819