# EXHIBIT D



MILLER THOMSON LLP
MILLERTHOMSON.COM

SCOTIA PLAZA • 40 KING STREET WEST, SUITE 5800
P.O. BOX 1011 TORONTO ON • M5H 3S1 • CANADA

T 416.595.8500
F 416.595.8695

January 23, 2013

**Sent Via Email**

Gowling Lafleur Henderson LLP
One Main Street West
Hamilton, Ontario L8P 4Z5

Attention: Heather C. Devine

David Reive
Direct Line: 416.595.8655
dreive@millerthomson.com

068409.0008

Dear Ms. Devine:

**Re:    Uponor AB v. Heatlink Group Inc. et al.: Court File No. T-496-11**

As indicated previously, my clients will be bringing a motion for summary judgment seeking a declaration that the 376 Patent is invalid, and additionally seeking a declaration of non-infringement. As stated earlier, the invalidity aspect of the motion will be based, for the most part, on one prior art document (U.S. Patent No. 4,234,624 (the "US 624 Patent")).

I enclose the notice of motion for summary judgment. I will be seeking to discuss this motion at the case management conference on January 29, 2013.

I anticipate that the motion will be supported by two expert affidavits, one dealing primarily with the infrared radiation related issues and one dealing primarily with the polymer processing related issues. In addition to the US 624 Patent, the prior art to be referred to will likely include numbers 5, 8, 9, 17, 21 and 27 on Schedule A to the fresh as amended Statement of Defence and Counterclaim dated December 14, 2012. There is also the possibility that the expert witnesses will refer to additional prior art documents.

At present, I expect to be in a position to deliver the affidavits in support of the enclosed notice of motion by the end of February. Given that you have had notice of the intention to bring this motion for quite some time and now have the notice of motion and a listing of the primary prior art to be relied on for the motion, I will be seeking an order that the motion proceed in accordance with the following schedule:

    (a)    Pexcor/Heatlink evidence to be served by February 28, 2013;

    (b)    Uponor evidence to be served by March 28, 2013;

    (c)    Cross-examinations to be completed by May 3, 2013;

    (d)    Pexcor/Heatlink to deliver their motion record by May 17, 2013;

(e)   Uponor to deliver its motion record by May 31, 2013; and

(f)   the motion to be heard in June, 2013.

Please let me know if you have any questions with respect to the above.

Yours truly,

MILLER THOMSON LLP

Per: *[signature]*

David Reive
DR/tw

cc.   James Swanson
      Burnet, Duckworth & Palmer LLP

Attachment: Notice of Motion