UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **PEXCOR MANUFACTURING COMPANY, INC.,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-2034 (RMC) |
| **UPONOR AB,** *et al.,* | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Uponor AB's Motion to Stay, Dkt. 8, is **GRANTED**; and it is

**FURTHER ORDERED** that this case is stayed pending a decision in the Canadian litigation, *Uponor AB v. Heatlink Group Inc.*, No. T-496-11, and *Pexcor Manufacturing Company Inc. v. Uponor AB*, No. T-374-11, consolidated in Toronto in case number T-496-11; and it is

**FURTHER ORDERED** that the parties shall file a joint status report every six months, the first such report to be filed on August 1, 2013.


Date: February 4, 2013

/s/
ROSEMARY M. COLLYER
United States District Judge