## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PEXCOR MANUFACTURING COMPANY, INC.

700 9th Avenue SW
Suite 3000
Calgary, Alberta, Canada

        Plaintiff/Counter-Defendant,

    v.

UPONOR AB

Nordanövägen 2
SE-730 61
Virsbo, Sweden

        Defendant/Counter-Plaintiff.

No. 11-cv-02034 (RMC)

Honorable Judge Rosemary M. Collyer

UPONOR AB.

        Third Party Plaintiff

    v.

HEATLINK GROUP, INC.

        Third Party Defendant.

4603E - 13th Street NE
Calgary, Alberta, Canada

### JOINT STATUS REPORT

Pursuant to the Court's order of February 4, 2013 (Dkt. Nos. 28 and 29), Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay, the Parties are competitor's in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376, and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action"). The current status of Canadian Action is as follows:

1.      On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity and enforceability of the Canadian patent.

2.      In connection with the motion, and to adequately brief and argue it for ruling, the Parties have, to date, a) exchanged extensive documentation; b) submitted  a total of four (4) expert reports in support of their respective  positions; and  c) conducted oral examinations  - which are the equivalent of depositions – of Pexcor and Uponor's corporate representatives.

3.      With regard to the oral examinations in particular, Pexcor's Mr. Gary Schmidt and Uponor's Bradley Beckman have been examined.

4.      The Parties are currently in a discovery dispute as to whether an additional deposition of Pexcor's principal and an inspection of Pexcor's manufacturing facility is necessary to complete the briefing on the motion.

5.      The Canadian court has set a status hearing for September 4, 2013 wherein the Parties intend to address the aforementioned discovery disputes and request that the court schedule a hearing date on Pexcor's motion.

6.      Based on past experience, the Parties anticipate a ruling on the Pexcor's motion within three months of the hearing, and, if necessary, a trial date in the fall of 2014.

7.      Pexcor believes that given the lack of progress and slow pace with respect to the Canadian action, the stay in the U.S. case should be lifted.

8.      Uponor believes the stay should remain in place until the Canadian action is resolved.  As detailed in Uponor's briefing on the Motion to Stay, it would be inefficient and unnecessarily burdensome on the parties and the Court to simultaneously litigate this dispute in two locations.

The foregoing generally summarizes the status of the Canadian Action to date.  Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,

**PEXCOR MANUFACTURING**
**COMPANY INC.**
**HEATLINK GROUP, INC.**

By: /s/ Michael Carrillo_____

Michael Carrillo
Jonathan Froemel
**Barnes & Thornburg LLP**
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
(312) 357-1313
*Attorneys for Pexcor Manufacturing*
*Company Inc. and Heatlink Group, Inc.*

**UPONOR AB**

By: /s/   John P. Bjork_____
Joseph M. Vanek
John P. Bjork
**Vanek, Vickers & Masini, P.C.**
55 West Monroe Street, Suite 3500
Chicago, Illinois 60603
 (312) 224-1500
*Attorneys for Uponor AB*

Dated: August 1, 2013

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 1, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork