## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>        Plaintiff/Counter-Defendant,<br>  v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>        Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>        Third Party Plaintiff<br>  v.<br><br>HEATLINK GROUP, INC.<br><br>        Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

## JOINT STATUS REPORT

Pursuant to the Court's orders of February 4, 2013 (Dkt. Nos. 28 and 29) and August 9, 2013, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action").  The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. As noted in prior status reports, in connection with the action as a whole, the parties have exchanged documents and conducted oral examinations of Pexcor's and Uponor's corporate representatives.  With regard to the oral examinations in particular, Pexcor's Mr. Gary Schmidt and Uponor's Bradley Beckman have been examined.

4. In connection with the Pexcor and Uponor motions for summary judgment, the Parties have submitted numerous expert reports in support of their respective positions.  Since the date of the Parties' last joint status report, the Canadian Court directed the parties to conduct cross-examinations of expert witnesses – of which there are four – and fact witnesses during the weeks of February 10 and 17, 2014.

5. The Parties currently have pending discovery disputes.  The judge in the Canadian Action has scheduled a Refusals Motion hearing – which is akin to discovery motion hearing – for March 10, 2014 to resolve the Parties' discovery disagreements.

6.	Since the Parties' most recent report, the Canadian court has held two further case status hearings, one on November 28, 2013 and another on January 20, 2014.

7.	The hearing on the Parties' motions for summary judgment is scheduled to be held in March of this year, specifically, March 18-19, 2014.

8.	Uponor has indicated to the court that it desires a trial date in the Fall of 2014, but no formal trial date has yet been set.

The foregoing generally summarizes the status of the Canadian Action to date. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,

| | |
|---|---|
| **PEXCOR MANUFACTURING COMPANY INC.** <br> **HEATLINK GROUP, INC.** | **UPONOR AB** |
| By: /s/ Jonathan Froemel <br> Michael Carrillo <br> Jonathan Froemel <br> **Barnes & Thornburg LLP** <br> One N. Wacker Drive, Suite 4400 <br> Chicago, IL  60606 <br> (312) 357-1313 <br> *Attorneys for Pexcor Manufacturing Company Inc. and Heatlink Group, Inc.* | By: /s/   John P. Bjork <br> Joseph M. Vanek <br> John P. Bjork <br> **Vanek, Vickers & Masini, P.C.** <br> 55 West Monroe Street, Suite 3500 <br> Chicago, Illinois 60603 <br> (312) 224-1500 <br> *Attorneys for Uponor AB* |

Dated:  January 30, 2014

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 30, 2014, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork