IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>      Plaintiff/Counter-Defendant,<br>  v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>      Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>      Third Party Plaintiff<br>  v.<br><br>HEATLINK GROUP, INC.<br><br>      Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

**JOINT STATUS REPORT**

Pursuant to the Court's orders of February 4, 2013 (Dkt. Nos. 28 and 29) and August 9, 2013, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay and in past status reports, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action").  The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. With respect to discovery, the parties have exchanged documents, conducted oral examinations of the Parties' corporate representatives and submitted numerous expert reports.  A continued deposition of Uponor's corporate representative is currently scheduled for August 19-20, 2014.

4. On March 13 and 14, 2014, a Refusals Motion hearing – which is akin to discovery motion hearing – was held to resolve certain discovery disagreements between the Parties.  Due to the number of issues in dispute, a continued motion hearing was conducted on May 21 and 22, 2014 and June 3 and 4, 2014.

5. The Parties are awaiting ruling on the outstanding discovery disputes, which have now been fully argued to the court.

6. On March 18 and 19, 2014, oral argument was heard on Pexcor and Heatlink's motion for summary judgment. Thereafter, on April 14 and 15, 2014, oral argument was heard on Uponor's motion for summary judgment.

7. The Parties are still awaiting ruling on the motions for summary judgment, which, as with the discovery motions, have been fully briefed and argued.

8. The reason for the limited developments in the case since the Parties' last report is that the court's rulings on summary judgment will greatly impact the scope and course of the litigation and, to date, have not yet issued.

The foregoing generally summarizes the status of the Canadian Action at this time. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,

| | |
|---|---|
| **PEXCOR MANUFACTURING COMPANY INC.**<br>**HEATLINK GROUP, INC.** | **UPONOR AB** |
| By: /s/ Jonathan Froemel_____<br>Michael Carrillo<br>Jonathan Froemel<br>**Barnes & Thornburg LLP**<br>One N. Wacker Drive, Suite 4400<br>Chicago, IL  60606<br>(312) 357-1313<br>*Attorneys for Pexcor Manufacturing*<br>*Company Inc. and Heatlink Group, Inc.* | By: /s/   John P. Bjork_____<br>Joseph M. Vanek<br>John P. Bjork<br>**Vanek, Vickers & Masini, P.C.**<br>55 West Monroe Street, Suite 3500<br>Chicago, Illinois 60603<br> (312) 224-1500<br>*Attorneys for Uponor AB* |

Dated:  July 30, 2014

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 30, 2014 a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork