## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>      Plaintiff/Counter-Defendant,<br>  v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>      Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>      Third Party Plaintiff<br>  v.<br><br>HEATLINK GROUP, INC.<br><br>      Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

### JOINT STATUS REPORT

Pursuant to the Court's orders of February 4, 2013 (Dkt. Nos. 28 and 29) and August 9, 2013, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay and in past status reports, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action").  The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. On November 7, 2014, the court ruled on the pending summary judgment motions.  In its ruling, the court denied all of the motions in their entirety.

4. As a result of the summary judgment ruling, the case will proceed to trial.

5. Uponor has requested the earliest possible trial date available, November 15, 2015.

6. The trial administrator has not yet assigned the trial date.

7. At the suggestion of the judge, the Parties have agreed to bifurcate the liability and damage phases of the trial, with the liability stage occurring first.

8. At a recent case management hearing on December 23, 2014, the judge advised the Parties that all outstanding discovery issues – with regard to both written and oral discovery as well as refusals motions (which are similar to discovery motions) – must be resolved soon so that the trial can be completed in a timely manner.

The foregoing generally summarizes the status of the Canadian Action at this time. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,                                          Dated: January 26, 2015

**PEXCOR MANUFACTURING COMPANY INC.**
**HEATLINK GROUP, INC.**

By: /s/ Jonathan Froemel
Michael Carrillo
Jonathan Froemel
**Barnes & Thornburg LLP**
One N. Wacker Drive, Suite 4400
Chicago, IL  60606
(312) 357-1313
*Attorneys for Pexcor Manufacturing Company Inc. and Heatlink Group, Inc.*

**UPONOR AB**

By: /s/   John P. Bjork
Joseph M. Vanek
John P. Bjork
**Vanek, Vickers & Masini, P.C.**
55 West Monroe Street, Suite 3500
Chicago, Illinois 60603
 (312) 224-1500
*Attorneys for Uponor AB*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 26, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

                                                    /s/ John P. Bjork