IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>  Plaintiff/Counter-Defendant,<br> v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>  Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>  Third Party Plaintiff<br> v.<br><br>HEATLINK GROUP, INC.<br><br>  Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

## JOINT STATUS REPORT

  Pursuant to the Court's orders of February 4, 2013, August 9, 2013 and January 27, 2015, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay and in past status reports, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action"). The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. On November 7, 2014, the court ruled on the pending summary judgment motions. In its ruling, the court denied all of the motions in their entirety.

4. As a result of the summary judgment ruling, the case will proceed to trial.

5. By order dated March 31, 2015, the court set a trial date of January 11, 2016.

6. The court also set the following pre-trial schedule:

- Uponor's motion to strike sections of Pexcor's, Heatlink's and a third defendant - Crosslink Finland Oy's ("Crosslink") - pleadings must be filed by April 24, 2015 with a hearing on May 7, 2015; and

- The oral examination of Crosslink's corporate representative must be completed by May 11, 2015.

Additionally, the parties are in agreement with respect to the following deadlines:

- Uponor's expert reports must be filed by July 10, 2015;

- Uponor's claim charts must be filed August 14, 2015;

- Defendants' expert reports must be filed by September 30, 2015;

- Defendants' claim charts must be filed by October 30, 2015;

- Uponor's reply expert reports and claim charts must be filed by November 20, 2015; and

- A pretrial conference will be held at a date in November 2015.

7. As mentioned in the previous report, at the suggestion of the judge, the Parties have agreed to bifurcate the liability and damage phases of the trial, with the liability stage occurring first.

The foregoing generally summarizes the status of the Canadian Action at this time. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,                                         Dated: April 24, 2015

**PEXCOR MANUFACTURING**              **UPONOR AB**
**COMPANY INC.**
**HEATLINK GROUP, INC.**

By: /s/ Jonathan Froemel                               By: /s/   John P. Bjork
Michael Carrillo                                                Joseph M. Vanek
Jonathan Froemel                                              John P. Bjork
**Barnes & Thornburg LLP**                           **Vanek, Vickers & Masini, P.C.**
One N. Wacker Drive, Suite 4400                 55 West Monroe Street, Suite 3500
Chicago, IL  60606                                          Chicago, Illinois 60603
(312) 357-1313                                                 (312) 224-1500
*Attorneys for Pexcor Manufacturing*           *Attorneys for Uponor AB*
*Company Inc. and Heatlink Group, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on April 24, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork