IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>          Plaintiff/Counter-Defendant,<br>     v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>          Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>          Third Party Plaintiff<br>     v.<br><br>HEATLINK GROUP, INC.<br><br>          Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

## JOINT STATUS REPORT

Pursuant to the Court's orders of February 4, 2013, August 9, 2013 and January 27, 2015, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay and in past status reports, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action").  The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. On November 7, 2014, the court ruled on the pending summary judgment motions.  In its ruling, the court denied all of the motions in their entirety.

4. As a result of the summary judgment ruling, the case will proceed to trial.

5. By order dated March 31, 2015, the court set a trial date of January 11, 2016.

6. At this time, the Parties are in the process of finishing up certain pre-trial discovery, including, among other things, an inspection of Defendant Heatlink's manufacturing facility.

7. The following pre-trial schedule has been set by the court:

- Uponor's expert reports on construction and validity as well as claim charts on construction and infringement are to be filed by July 17, 2015.  There is a pending request for a short extension of this deadline to enable Uponor's expert to incorporate the findings from the above referenced manufacturing facility inspection.

- Defendants' expert reports on construction, validity and infringement are to be filed by August 28, 2015;

- A case management conference with the court is to be held on September 4, 2015;

- Uponor's responding expert report on validity is due September 30, 2015;

- A further case management conference with the court be will be held in late October or early November 2015;

- A case chronology, cast of characters and agreed book of documents are due to the court by November 15, 2015;

- Technology primers and opening statement outlines (if any) are due to the Court by December 1, 2015; and

- Discovery Read-Ins are to be finalized by December 21, 2015.

8. As mentioned in the previous report, at the suggestion of the judge, the Parties have agreed to bifurcate the liability and damage phases of the trial, with the liability stage occurring first.

The foregoing generally summarizes the status of the Canadian Action at this time. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,                                    Dated: July 23, 2015

**PEXCOR MANUFACTURING**                    **UPONOR AB**
**COMPANY INC.**
**HEATLINK GROUP, INC.**

By: /s/ Jonathan Froemel_____          By: /s/    John P. Bjork_____

| | |
|---|---|
| Michael Carrillo | Joseph M. Vanek |
| Jonathan Froemel | John P. Bjork |
| **Barnes & Thornburg LLP** | **Vanek, Vickers & Masini, P.C.** |
| One N. Wacker Drive, Suite 4400 | 55 West Monroe Street, Suite 3500 |
| Chicago, IL  60606 | Chicago, Illinois 60603 |
| (312) 357-1313 | (312) 224-1500 |
| *Attorneys for Pexcor Manufacturing Company Inc. and Heatlink Group, Inc.* | *Attorneys for Uponor AB* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 23, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork