IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PEXCOR MANUFACTURING COMPANY, INC.

700 9th Avenue SW
Suite 3000
Calgary, Alberta, Canada

    Plaintiff/Counter-Defendant,

v.

UPONOR AB

Nordanövägen 2
SE-730 61
Virsbo, Sweden

    Defendant/Counter-Plaintiff.

---

UPONOR AB.

    Third Party Plaintiff

v.

HEATLINK GROUP, INC.

    Third Party Defendant.

4603E - 13th Street NE
Calgary, Alberta, Canada

No. 11-cv-02034 (RMC)

Honorable Judge Rosemary M. Collyer

## JOINT STATUS REPORT

Pursuant to the Court's orders of February 4, 2013, August 9, 2013 and January 27, 2015, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay and in past status reports, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action"). The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. On November 7, 2014, the court ruled on the pending summary judgment motions. In its ruling, the court denied all of the motions in their entirety.

4. As a result of the summary judgment ruling, the case will proceed to trial.

5. By order dated March 31, 2015, the court set a trial date of January 11, 2016. The trial is scheduled for two weeks in Calgary, Alberta.

6. On July 20, 2015, Uponor filed an amended statement of claim.

7. A pre-trial discovery inspection of Pexcor's facilities took place on July 31, 2015.

8. Pexcor and Heatlink filed Amended Statements of Defense and Counterclaims on August 27, 2015.

9. Pexcor's and Heatlink's expert affidavits were served on September 21, 2015.

10. Uponor's Amended Reply and Defense to Counterclaims was filed on October 9, 2015.

11. Uponor's responding expert reports on validity were served October 13, 2015.

12. The following actions, among others, are set to take place prior to the Parties' January 11, 2016 trial date:

- A case chronology, cast of characters and agreed book of documents are due to the court by November 15, 2015;

- The patent inventor is to be examined by a court in Sweden on November 19, 2015;

- Trial records are due December 1, 2015;

- Technology primer and Opening statement outlines are due December 1, 2015;

- The Parties are to exchange discovery read-ins on December 7, 2015;

- Demonstrative evidence is due December 11, 2015;

- Qualifications of exchanged read-ins are due December 15, 2015; and

- Read-ins are to be finalized by December 21, 2015.

13. As mentioned in previous reports, at the suggestion of the judge, the Parties have agreed to bifurcate the liability and damage phases of the trial, with the liability stage occurring first.

The foregoing generally summarizes the status of the Canadian Action at this time. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,                              Dated: October 21, 2015

**PEXCOR MANUFACTURING**                              **UPONOR AB**
**COMPANY INC.**
**HEATLINK GROUP, INC.**

By: /s/ Jonathan Froemel                              By: /s/   John P. Bjork
Michael Carrillo                                      Joseph M. Vanek
Jonathan Froemel                                      John P. Bjork
**Barnes & Thornburg LLP**                            **Vanek, Vickers & Masini, P.C.**
One N. Wacker Drive, Suite 4400                       55 West Monroe Street, Suite 3500
Chicago, IL  60606                                    Chicago, Illinois 60603
(312) 357-1313                                         (312) 224-1500
*Attorneys for Pexcor Manufacturing*                  *Attorneys for Uponor AB*
*Company Inc. and Heatlink Group, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 21, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork