IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>   Plaintiff/Counter-Defendant,<br> v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>   Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>   Third Party Plaintiff<br> v.<br><br>HEATLINK GROUP, INC.<br><br>   Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

## JOINT STATUS REPORT

Pursuant to the Court's orders of February 4, 2013, August 9, 2013 and January 27, 2015, Defendant/Counter-Plaintiff, UPONOR AB ("Uponor"), Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") and Third Party Defendant HEATLINK GROUP, INC. ("Heatlink")(collectively, the "Parties") hereby submit this Joint Status Report as to the status of the concurrent Canadian action involving the Parties.

As discussed in the briefing on Uponor's Motion to Stay and in past status reports, the Parties are competitors in the polymer piping industry and are currently litigating a similar dispute as this one in Canada, specifically regarding the validity and enforceability of Uponor's Canadian Patent No. 2, 232, 376 ("Canadian Patent") and Pexcor, Heatlink's and others' alleged infringement thereof ("Canadian Action"). The current status of Canadian Action is as follows:

1. On January 23, 2013, Pexcor filed a motion for summary judgment as to the validity of all claims of the Canadian Patent and non-infringement of certain claims of the Canadian Patent.

2. Thereafter, on August 29, 2013 Uponor filed a cross-motion for summary judgment seeking, among other relief, a declaration of Pexcor's infringement of certain claims of the Canadian Patent.

3. On November 7, 2014, the court ruled on the pending summary judgment motions. In its ruling, the court denied all of the motions in their entirety.

4. As a result of the summary judgment rulings, the parties prepared for trial, including complying with all of the court's pre-trial requirements.

5. The liability phase of the trial began on January 11, 2016 and is scheduled to last two weeks.

6. As mentioned in previous reports, at the suggestion of the judge, the Parties agreed to bifurcate the liability and damage phases of the trial.

The foregoing generally summarizes the status of the Canadian Action at this time. Should the Court require any further information, the Parties are happy to provide it in the extent of detail that the Court desires.

Respectfully submitted,                           Dated: January 19, 2016

**PEXCOR MANUFACTURING**                          **UPONOR AB**
**COMPANY INC.**
**HEATLINK GROUP, INC.**

By: /s/ Jonathan Froemel (with permission)        By: /s/   John P. Bjork
Michael Carrillo                                  Joseph M. Vanek
Jonathan Froemel                                  John P. Bjork
**Barnes & Thornburg LLP**                        **Vanek, Vickers & Masini, P.C.**
One N. Wacker Drive, Suite 4400                   55 West Monroe Street, Suite 3500
Chicago, IL  60606                                Chicago, Illinois 60603
(312) 357-1313                                     (312) 224-1500
*Attorneys for Pexcor Manufacturing*              *Attorneys for Uponor AB*
*Company Inc. and Heatlink Group, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on January 19, 2016 a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

                                                   /s/ John P. Bjork