IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEXCOR MANUFACTURING COMPANY, INC.<br><br>700 9th Avenue SW<br>Suite 3000<br>Calgary, Alberta, Canada<br><br>    Plaintiff/Counter-Defendant,<br>v.<br><br>UPONOR AB<br><br>Nordanövägen 2<br>SE-730 61<br>Virsbo, Sweden<br><br>    Defendant/Counter-Plaintiff. | No. 11-cv-02034 (RMC)<br><br>Honorable Judge Rosemary M. Collyer |
| UPONOR AB.<br><br>    Third Party Plaintiff<br>v.<br><br>HEATLINK GROUP, INC.<br><br>    Third Party Defendant.<br><br>4603E - 13th Street NE<br>Calgary, Alberta, Canada | |

<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS</u>

WHEREAS, Plaintiff/Counter-Defendant PEXCOR MANUFACTURING COMPANY, INC. ("Pexcor") instituted this action against UPONOR AB ("Uponor") for a declaration of non-infringement, invalidity and unenforceability of Uponor's United States Patent No. 6,106,761 ("the '761 patent");

WHEREAS, Defendant/Counter-Plaintiff Uponor filed a counterclaim against Pexcor and a third party complaint against HEATLINK GROUP, INC. ("Heatlink") for infringement of the '761 patent; and

WHEREAS, Pexcor, Heatlink and Uponor have fully settled all of their claims against one another in this litigation;

Pexcor, Heatlink and Uponor hereby stipulate and agree through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims in the litigation - that is, all of Pexcor's claims against Uponor and all of Uponor's claims against Pexcor and Heatlink - with each side to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: April 7, 2016

**PEXCOR MANUFACTURING COMPANY INC.**
**HEATLINK GROUP, INC.**

By: *Jonathan P. Froemel*

Michael Carrillo
Jonathan Froemel
**Barnes & Thornburg LLP**
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 357-1313
*Attorneys for Pexcor Manufacturing Company Inc. and Heatlink Group, Inc.*

**UPONOR AB**

By: *[signature]*

Joseph M. Vanek
John P. Bjork
**Vanek, Vickers & Masini, P.C.**
55 West Monroe Street, Suite 3500
Chicago, Illinois 60603
(312) 224-1500
*Attorneys for Uponor AB*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April ___8th___, 2016 a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

/s/ John P. Bjork